ORIGINAL

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2005 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 02-00808MEA-KSC |
| CASE NAME: | John Reno Vs. The United States of America |
| ATTYS FOR PLA: | James S. Ireijo |
| ATTYS FOR DEFT: | Michael Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Debra Chun |
| DATE: | 12/20/2005 | TIME: | 8:38am-8:52am |

COURT ACTION: EP: Status Conference Re Discovery-All Counsel and the Plaintiff participated by Phone.

Court will set a Trial date and other scheduling deadlines-

1. Non-jury trial on January 4, 2007 at 9:00 a.m. before MEA
2. Final Pretrial Conference on November 21, 2006 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by November 14, 2006
5. File motions to Join/Add Parties/Amend Pleadings by June 2, 2006
6. File other Non-Dispositive Motions by October 6, 2006
7. File Dispositive Motions by August 4, 2006
8a. File Motions in Limine by December 14, 2006
8b. File opposition memo to a Motion in Limine by December 21, 2006
11a. Plaintiff's Expert Witness Disclosures by July 5, 2006
11b. Defendant's Expert Witness Disclosures by August 4, 2006
12. Discovery deadline November 6, 2006
13. Settlement Conference set for   at   before
14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by December 14, 2006

24. Exchange Exhibit and Demonstrative aids by December 7, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by December 14, 2006
26. File objections to the Exhibits by December 21, 2006
28a. File Deposition Excerpt Designations by December 14, 2006
28b. File Deposition Counter Designations and Objections by December 21, 2006
29. File Trial Brief by December 21, 2006
30. File Findings of Fact & Conclusions of Law by December 21, 2006

Other Matters: Status Conference set for August 02, 2006 @9:30 a.m. before Judge Aspen. This Conference will be held in Honolulu, Hawaii at the U.S. Courthouse Bldg.

cc: All Counsel of Record

Submitted by Leslie L. Sai, Courtroom Manager