JAMES IREIJO     HI Bar: 1927
P. O. Box 576
Cool, CA 95614-0576
Tel: 530-885-4133
Fax: 530-885-1322
Hnl Tel: 808-988-7720
email: waikikilawyer@thegrid.net

Attorney for Plaintiff
JOHN RENO

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOHN RENO, ) | CASE NO: CV02-808 MEA KSC |
| ) | |
| ) | PLAINTIFFS' DISCLOSURE OF |
| Plaintiff, ) | EXPERT WITNESS (DR. |
| ) | STEPHEN J. MOREWITZ); |
| vs. ) | EXHIBIT "A"; CERTIFICATE |
| ) | OF SERVICE |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS
(DR. STEPHEN J. MOREWITZ)**

Comes now, the Plaintiff, John Reno, by his Attorney, James Ireijo,

pursuant to Federal Rules Of Civil Procedure, Rule 26(a)(2), makes disclosure of

his expert witness with regard to <u>causation</u> of his injuries and damages in this case.

A copy of Dr. Stephen J. Morewitz's written report, CV, and previous trial expertise is attached herein as Exhibit "A".

DATED: Cool, CA, July ___, 2006.

/s/ JAMES IREIJO

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

**Served Electronically through CM/ECF:**

R. Michael Burke, Esq.           mike.burke@usdoj.gov   On July 5, 2006

and via deposit in the U.S. Mail Box, first-class mail, postage prepaid at Cool, CA on July 5, 2006.

DATED: Cool, CA, July 5, 2006.


/s/ JAMES IREIJO