STEPHEN J. MOREWITZ, Ph.D., & ASSOCIATES

REPLY TO:    ☐  5300 BOTHWELL ROAD          ☒  695 NOE STREET, SUITE I
                TARZANA, CA 91356               SAN FRANCISCO, CA 94114
                TEL (818) 580-8138              TEL (415) 252-0569
                FAX (818) 345-4636              FAX (415) 252-0579

## EXPERT REPORT

**Re: John Reno v. United States of America, U.S. District Court for the District of Hawaii, Case No. CV 02-808 MEA KSC**

Date: July 3, 2006

I have reviewed the relevant records regarding the above captioned individual. I am a certified Ph.D. specialist and professor in psychosocial assessment, stress, trauma, and disability with over 18 years of experience in assessing, teaching, and researching psychosocial stress, trauma, and disability.

In relevant part, Mr. Reno served in the USAF from 1992-1998 and for part of that time served in a combat zone. In 1999 he suffered from a knee injury that was treated at Tripler Army Medical Center. As a result of that treatment Mr. Reno suffered a complication of neutropenia. He had to be isolated while being treated, and he was told that the condition was very serious. Mr. Reno has alleged that he was the victim of medical malpractice in that he believes that he was treated with the wrong antibiotic for his knee infection and that he was not monitored properly as well. He contends that the negligent acts, aforesaid, caused his bone marrow to fail in part (neutropenia).

This reviewer is not qualified to opine with respect to the underlying claims of medical malpractice but restricts his opinion(s) solely to the issue of Mr. Reno's mental response to all of the circumstances set forth in the records. This reviewer is of the opinion, which he holds to a reasonable degree of certainty in his field of expertise, that Mr. Reno suffers from Post Traumatic Stress Disorder, as diagnosed and set forth in the medical records as well as panic problems, and depression. This reviewer is further of the opinion that the complications suffered by Mr. Reno as a result of his medical care caused or contributed to his mental disturbances.

The basis for the above opinion is that Mr. Reno suffered a significant additional stress, on top of his pre-existing military service stress issues, when he was isolated for treatment of bone marrow disease and when he was facing the prospect of a very serious and permanent medical condition. It is known that individuals who suffer an actual and serious physical condition can react psychologically to this problem and that this in the presence of other psychological problems can act synergistically to create a bigger problem yet. In short, the combination of the psychosocial stressors on Mr. Reno caused or contributed to his current mental state. It is also irrelevant whether Mr. Reno's current problem resulted from medical malpractice or not with respect to my analysis. The fact that he suffered the complication is the only relevant inquiry under this analysis. I do hold the opinion that if Mr. Reno believed that his condition was brought on by medical malpractice, whether that's true or not, would be an additional basis for his reaction as the thought of being improperly victimized is another cause of mental concern.

1

EX "A"

My CV is attached hereto.

Respectfully,

Stephen Morewitz, Ph.D., C.P.C., C.P.S.P.

**STEPHEN J. MOREWITZ, Ph.D., C.P.S.P.**
695 Noe St., Ste. 1
San Francisco, CA 94114
TEL (415) 252-0569
FAX (415) 252-0579
e-mail: morewitz@earthlink.net

## EDUCATION

Ph.D.   Sociology, Division of the Social Sciences, June 1983, The University of Chicago
M.A.   Sociology, Division of Graduate Studies, August 1978, The College of William &
Mary
A.B.   Sociology, August 1975, The College of William & Mary

## CERTIFICATIONS

C.C.P., Cert. # 01121, February 1998-present, The National Association of Forensic
Counselors

C.P.S.P., Cert. # 01121, February 1997-present, The American Academy of Professional
Sociological Practitioners & The National Association of Forensic Counselors

## PROFESSIONAL EXPERIENCE

1988-Date:    STEPHEN J. MOREWITZ, Ph.D., & ASSOCIATES, San Francisco &
Tarzana, CA, & Buffalo Grove, IL.

Provides disability and psychosocial trauma evaluations. Conducts research in disability,
psychosocial trauma, psychosocial assessment, quality-of-life losses, diabetes, cancer,
health education, self-care, lower extremity disease, cardiovascular disease, hypertension,
arthritis, stroke, obesity, domestic violence, and sexual harassment/trauma. Offers
medical-legal, forensic, and grant writing consulting services. Has secured major federal
research and training grants in the areas of disability and disease prevention from: the
National Cancer Institute, National Institute of Diabetes and Digestive Diseases, the
National Science Foundation, the National Institute on Drug Abuse, the U.S. Public
Health Service, and the U.S. Bureau of Health Professions.

1997-2002, 2003-Date: Adjunct Professor, Dean of Research, Professor, Associate
Professor, & Consultant to the Office of Academic Affairs, Department of Podiatric
Medicine, California School of Podiatric Medicine at Samuel Merritt College, Oakland,
San Francisco, & Vallejo, CA.

Directed the Research Division. Directed over **60** student and faculty research projects in
the fields of disability, trauma, stress, and epidemiology. Evaluated and assisted in the
development of the first computerized student-patient log system at geographically
dispersed training sites. Supervised the development of the first nationwide research

Stephen J. Morewitz, Ph.D.

website for all podiatric medicine colleges. Supervises Work Study Student Research Assistants at the College and at UCSF. Participates in the Health Policy Task Force. Established a college-wide Research Workshop. Established the Research Dean's List at the College. Assisted the College in accreditation, due diligence, information technology, strategic planning, budget development and planning, faculty and student evaluation, program evaluation, marketing, and institutional re-organization. Supervised the department's budget and staff. Wrote grant proposals. Designed and evaluated curriculum. Teaches courses in public health (including trauma, stress, and disability) and research methods and gives lectures on disability assessment, psychosocial assessment, sexual harassment, domestic violence, physical and sexual abuse assessment, and behavioral sciences. Directed and co-authored over **40** research abstract submissions in a six-month period. Co-authored over **20** publications of research abstracts with over **22** students in the same period.

2003-Date:    Lecturer, California State University, East Bay, Department of Public Affairs and Administration and Departments of Sociology and Social Services.

Teaches courses in: 1) Health Care Systems, 2) Health Care Policy Analysis, 3) Transformations in the Health Care System, 4) Health Care Leadership and Change, 5) Building Healthy Organizations and Communities, 6) Issues in Health Care Administration, 7) Social Research Methods I, 8) Social Research Methods II, 9) Introduction to Social Research Methods, 10) Sociology of Health and Illness (including stress, trauma, and disability), 11) Legal and Ethical Issues in Health Care, 12) Health Care Finance and Budgeting, 13) Social Construction of Health Care, 14) Independent Study.

1993-1997:    Voluntary Teacher/Researcher and Consultant, San Francisco General Hospital, Behavioral Medicine Clinic, University of California, San Francisco.

Participated in stress and trauma research. Provided research consultations. Assisted in grant writing. Supervised a doctoral student's dissertation research. Available as a teacher for medical residents and students.

1991-1992:    Senior Research Specialist, Prevention Research Center, School of Public Health, University of Illinois at Chicago.

Co-designed postdoctoral training programs in cancer prevention and substance abuse/AIDS prevention.

1991-1992:    Voluntary Faculty Member, Department of Medical Education, Louis Weiss Memorial Hospital, Chicago, IL.

Provided instruction at Psychosocial Grand Rounds.

Stephen J. Morewitz, Ph.D.

1988-1992:    Assistant Professor of Sociology & Behavioral Sciences Curriculum
Coordinator, College of Medicine, Department of Family Practice/Student Health
Services, University of Illinois at Chicago.

Participated in program evaluation and public health and psychosocial research projects.
Served as a research consultant.  Taught behavioral sciences including the assessment of
stress, trauma, and disability and the impact of diseases on social, family, and
occupational functioning. Participated in faculty development workshops. Collaborated
in the design of the University of Illinois Family Practice Residency Program in the areas
of behavioral sciences, program evaluation, pediatrics, and surgery.

1985-1986:    Director of Evaluation, Family Practice Residency Program, St.
Elizabeth's Hospital, Chicago, IL.

Directed the evaluation of family practice residents, faculty, preceptors and University of
Illinois medical students in the federally-funded family practice residency program.
Implemented program evaluation studies.  Taught psychosocial assessment, occupational
disability, stress, trauma, research methods, and behavioral sciences to family practice
residents, preceptors, and faculty.  Collaborated in the development of the University of
Illinois Fourth Year Medical Student Clerkship in Primary Care Medicine.  Assisted in
the development of the Sports Medicine Program.  Co-designed and presented faculty
development workshops for family practice faculty, preceptors, and residents.

1984-1985:    Assistant Social Scientist, Radiobiology Section, Division of Biological &
Medical Research, Argonne National Laboratory, Argonne, IL.

Project director for a federally-funded study of the latest effects of radiation, smoking
and other behavioral risk factors on lung cancer among the radium dial workers.
Assisted in a federally-funded study of radon in houses.  Identified funding sources and
wrote grant proposals.

1985-1992:    Part-Time Faculty, Department of Sociology, Lincoln Park Campus &
Masters of Public Service (MPS) Program, Lewis Center Campus, DePaul University,
Chicago, IL.

Taught courses at the undergraduate level (general sociology, health and illness
(including stress, trauma, and disability), deviant behavior/criminology) and at the
graduate level (management/organizational theory). Evaluated a graduate student.

1986-1988:    Assistant to the Dean for Academic Affairs & Administration, College of
Nursing, University of Illinois at Chicago.

Assisted in the design and implementation of psychosocial nursing curriculum and
program evaluation studies.  Collaborated with the Dean in revising and implementing
the Baccalaureate Nursing Curriculum.

Stephen J. Morewitz, Ph.D.

1981-1992:    Clinical Faculty Member, Consultation Liaison Psychiatry Service, The Michael Reese Hospital Psychosomatic & Psychiatric Institute.

Taught theories of the sick role and disability to psychiatric fellows, medical residents, psychology interns, psychiatric social workers and attending physicians.

1979-1984:    Research Assistant, Educational Development Unit, School of Health Sciences, Michael Reese Hospital & Medical Center, Chicago, IL.

Assisted in the conduct of program evaluation research related to disability and the social, family, and occupational assessment of diabetic patients and patients with other health problems. Assisted in federally-funded research and program evaluation in these areas. Wrote grant proposals. Provided research consultations on a hospital-wide basis. Assisted in the program evaluation and modification of the National Institute of Health-funded Diabetes Research and Training Center. Assisted in the design and preparation of diabetes curriculum and other health curriculum for dissemination at local, national, and international health  education conferences. Assisted in the development and modification of the U.S. Public Health Service-funded Primary Care Internal Medicine Residency Program. Evaluated and conducted research on faculty development programs. Taught faculty development to medical residents and attending physicians.

1977-1978:    Graduate Teaching Assistant, Department of Sociology, University of Illinois at Chicago.

Graduate Teaching Assistant for courses in general sociology and deviant behavior

## COLLEGIATE AND GRADUATE SCHOOL HONORS/AWARDS

1.  Dean's List (Equivalent), College of William & Mary

2.  PI GAMMA MU, The International Social Sciences Honor Society

3.  National Honor Society

4.  National Finalist, ASA Medical Sociology Best Dissertation Award, 1983

5.  William & Mary Graduate Scholarship, 1976-1977

6. Four College Track & Field Scholarship offers.  Nine High School Varsity Athletic Letters in Cross-Country, Indoor Track, & Outdoor Track.

## SELECTED FUNDED GRANTS

1.  University of Illinois at Chicago, School of Public Health, National Cancer Institute Postdoctoral Research Fellowships Program, 1991-1992 ($870,000)

Stephen J. Morewitz, Ph.D.

2. Michael Reese Hospital & Medical Center and The University of Chicago NIH-funded Diabetes Research & Training Center, Renewal Grant (with Les Sandlow, M.D. and Arthur Rubenstein, M.D.) ($6,500,000)

3. Michael Reese Hospital & Medical Center and The University of Chicago Primary Care Internal Medicine Residency Training Program, Renewal Grant (with Les Sandlow, M.D., John Reinhardt, M.D., Franklin Medio, Ph.D.) ($1,000,000)

4. University of Illinois at Chicago, School of Public Health, National Institute on Drug Abuse Postdoctoral Research Fellowships Program, 1991-1992 ($870,000)

5. William & Mary Thesis Research Grant, 1977 ($800)

6. William & Mary Faculty Research Committee Grant, 1977 ($800)

7. William & Mary Faculty Research Committee Grant, 1974 ($800)

8. Wildlife Educational Foundation, National Science Foundation Grant ($200,000)

9. California State University, East Bay, Faculty Research Grant, 2005-2006.

**SELECTED APPROVED GRANTS**

1. St. Mary's Medical Center, San Francisco and the California College of Podiatric Medicine Podogeriatric Training and Research Grant.

1. Jamaica Hospital & Medical Center, Jamaica, New York, Primary Care Internal Medicine Faculty Development Grant.

1. West Virginia College of Osteopathic Medicine, Primary Care Internal Medicine Faculty Development Grant.

**CURRENT GRANT DEVELOPMENT**

1. Morewitz, S., Washburn, A., et al. "Improving Cognitive Functioning and Diabetes Self-Management in Older Adults with Type 2 Diabetes: Piloting a Model of Protocols and Pathways in Primary Care Settings."

2. Morewitz, S. "Assessing Suicide Risks in Partner/Domestic Violence Victims."

3. Reyzelman, A., Morewitz, S., Javed, N. "Walking Programs for Podiatric Patients."

**PAPER/BOOK REVIEWER**

1. Paper reviewer, SIGMA XI Research Forum, University of Illinois at Chicago, April 11, 1990.

Stephen J. Morewitz, Ph.D.

2. Paper reviewer, Nineteenth Annual Conference for Generalists in Medical Education, New Orleans, LA, November 1998.

3. Paper reviewer, Twenty-First Annual Conference for Generalists in Medical Education, Chicago, IL, November 2000.

4. Paper reviewer, Thirteenth Annual Conference for Generalists in Medical Education, "Medical Education: Socially Responsive Programs for Tough Times," New Orleans, LA, November 8-9, 1992.

5. Paper reviewer, Fourteenth Annual Conference for Generalists in Medical Education, Washington, D.C., November 6-8, 1993.

6. Invited to review sociology of health and violence/trauma books for *Contemporary Sociology*.

7. Invited to review books for *The Society for the Study of Social Problems Newsletter*.

8. Paper reviewer, *Medical Education Online*, 2003-

9. Invited to review manuscripts for the journal, *Violence against Women*

10. Book reviewer for Jones and Bartlett Publishers, Inc., Sudbury, MA.

## EDITORIAL BOARD

Faculty Advisory Board, *National Foot & Ankle Review*.

## NATIONAL BOARD OF PODIATRIC MEDICAL EXAMINERS

2001-Date: Test Development Consultant for the National Board of Podiatric Medical Examiners.

## DIVISIONAL OFFICER OF SCIENTIFIC SOCIETY

2001-2003:    *Chair*, Crime and Delinquency Division, Society for the Study of Social Problems

Organized and supervised the annual scientific sessions for the Crime and Delinquency Division of The Society for the Study of Social Problems. Supervised the budget and prepared the Division's newsletter. Prepared policy statements on issues relevant to the Crime and Delinquency Division, including victim trauma, stress, disability, terrorism, domestic violence, rape, sexual harassment, child abuse, and reproductive health. Wrote articles for the Division's Newsletter.

## CONFERENCE SESSION ORGANIZER

6

Stephen J. Morewitz, Ph.D.

1. "Chronic Illness and Disability," Health, Health Policy, and Health Services Division, The 55th Annual Meeting of the Society for the Study of Social Problems, Philadelphia, PA, August 12, 2005.

2. "Health Effects of Poverty," Health, Health Policy, and Health Services Division, The 54th Annual Meeting of the Society for the Study of Social Problems, San Francisco, CA, August 2004.

3. "Domestic Violence: Victims, Offenders, and Organizational/Community and Family Responses," 55th Annual Meeting of the Society for the Study of Social Problems, Philadelphia, PA, August 12, 2005.

4. "New Directions in Domestic Violence," 55th Annual Meeting of the Society for the Study of Social Problems, Philadelphia, PA, August 12, 2005.

5. "Law and Sexualities II," 55th Annual Meeting of the Society for the Study of Social Problems, Philadelphia, PA, August 13, 2005.

6. "Evaluating Stalking Risk Factors, Typologies, & Police Response to Stalking Threats," 52nd Annual Meeting of the American Society of Criminology, San Francisco, CA, November 16, 2000.

7. "Offender Studies, Parole Officer Discretion, and Sentencing," 52nd Annual Meeting of the Society for the Study of Social Problems, Chicago, IL, August 17, 2002.

8. "Gender and Violence I," The 56th Annual Meeting of the Society for the Study of Social Problems, Montreal, Quebec, Canada, August 13, 2006.

9. "Gender and Violence II," The 56th Annual Meeting of the Society for the Study of Social Problems, Montreal, Quebec, Canada, August 13, 2006.

**CONFERENCE ARRANGEMENTS CO-CHAIR**

*Conference Arrangements Co-Chair*, 54th Annual Meeting of the Society for the Study of Social Problems, August, 2004.

**COMMITTEE MEMBER OF SCIENTIFIC SOCIETY**

2003-2004:    *Member*, Social Action Award Committee, the Society for the Study of Social Problems

2006-2007:    *Member*, Lee Founders Award Committee, the Society for the Study of Social Problems

**GRAND ROUNDS**

Stephen J. Morewitz, Ph.D.

Grand Rounds presented at The University of Chicago Medical School, Northwestern University Medical School, Children's Memorial Hospital, and the Medical University of South Carolina, Charleston.

## HONORS, AWARDS & PROFESSIONAL RECOGNITION

1.  Winner of the *2003 Society for the Study of Social Problems, Crime & Delinquency Division, Outstanding Scholar Book Award* for STALKING AND VIOLENCE: NEW PATTERNS OF OBSESSION AND TRAUMA.

2.  Winner of the *2004 Society for the Study of Social Problems, Crime & Delinquency Division, Outstanding Scholar Book Award* for DOMESTIC VIOLENCE AND MATERNAL AND CHILD HEALTH.

3.  Co-author of **15** scientific research abstracts in the June 2002 issue of *Diabetes*, Vol. 51, Supplement 2.

4. Research abstract on hypertension and disability received a highly rated evaluation at the XVth Scientific Meeting of the American Heart Association Inter-American Society of Hypertension (San Antonio, TX, April 27-30, 2003).

5.  Winner of the *Top 10 Injury Posters*, 128th Annual Meeting of the American Public Health Association, Injury Control & Emergency Health Services Session, Boston, MA, November 13, 2000.

6.  *Who's Who in Medicine & Healthcare, (Marquis)*

7.  *Who's Who in America, (Marquis)*

8.  *Who's Who in the World, (Marquis)*

9.  *Who's Who in American Education, (Marquis)*

10.  *Dictionary of International Biography, 2001, 29th Edition* (International Biographical Centre)

11.  *2000 Outstanding Intellectuals of the 20th Century* (International Biographical Centre)

12.  Recipient of the *Thomas Jefferson Cup*, University of Illinois, Champaign-Urbana, College of Law, October 1997.

13. Profiled in:

*ASA Footnotes*
*Chicago Daily Law Bulletin*

8

Stephen J. Morewitz, Ph.D.

*At Chicago*

14. Interviewed by major newspapers, news services, and magazines, including *The Washington Post*, *USA Today*, and *The Boston Herald.*

15. Research on hypertension impairment was featured in "Marriage Makes the Heart Grow Healthier?-Married Persons Less Likely to Have High Blood Pressure," *WebMD*, May 17, 2004, and in "Marriage Implicated in Hypertension Control," *InCirculation.net (Cardiovascular Medicine from A to Z)*, May 19, 2004.

16. Research on hypertension impairment was featured in "Marital Status Linked to Blood Pressure Control," *Patient Health International*, May 19, 2004.

17. Research on hypertension impairment discussed in "More New Guidelines, Antihypertensive Medications, and Research on Special Populations," *Medscape Cardiology* 8 (1), June 15, 2004.

18. Television interview on CNBC with Bill Griffith on November 7, 1996.

19. Invited to participate in the People to People Ambassador Program/American Public Health Association, Public Health Delegation to India, November 27, 1999.

20. *1000 Leaders of World Influence, 2000* (American Biographical Institute).

21. Letter of commendation from Arthur Rubenstein, M.D., Principal Investigator of the federally-funded University of Chicago/Michael Reese Hospital and Medical Center Diabetes Research and Training Center, for contributions to the evaluation of diabetes research and training.

22. Letter of commendation from San Francisco Mayor Willie Brown for significant achievement in podiatric research and training at the California College of Podiatric Medicine (October 3, 2001).

23. Letter of commendation from William Wraith, Chair of the Board of Trustees, California College of Podiatric Medicine, for significant contributions to podiatric research and training at the College (October 3, 2001).

## MENTOR

1. Mentor, American Psychosomatic Society

2. Advised and evaluated graduate school students at DePaul University & San Francisco General Hospital/UCSF.

3. Alumni Mentor, The College of William & Mary

Stephen J. Morewitz, Ph.D.

4. Invited to be a science education mentor for the Boston Academy of Science.

5. Alumni Mentor, The University of Chicago

6. Mentor, Society for the Study of Social Problems

## SCIENTIFIC & HONOR SOCIETIES

SIGMA XI, The Scientific Research Society
Society for the Study of Social Problems, Division of Mental Health, Division of Health,
Health Policy & Health Services, Division of Crime & Juvenile Delinquency
Affiliate, National Association of Forensic Counselors
American Sociological Association
American Public Health Association, Health Promotion & Education Section
Society of Behavioral Medicine
Generalists in Medical Education
Association for the Behavioral Sciences & Medical Education
American Diabetes Association, Council on Behavioral Medicine & Psychology
American Heart Association, Council on Stroke
American Association for the Advancement of Science
New York Academy of Sciences
American College of Obstetrics & Gynecology, Educational Affiliate

## BOOKS AND ARTICLES

1. Morewitz, S., "Stress: Coping Mechanisms," ENCYCLOPEDIA OF POLICE
SCIENCE. 3rd Edition, 2 Volumes, Jack R. Greene (Ed.), New York: Routledge
(forthcoming, 2006).

2. Morewitz, S. STALKING & VIOLENCE: NEW PATTERNS OF OBSESSION
AND TRAUMA. New York: Springer, 2003. Winner of the *2003 Society for the Study
of Social Problems, Crime & Delinquency Division, Outstanding Scholar Book Award.*
Evaluates the traumatic impact of stalking and violence.

3. Morewitz, S. DOMESTIC VIOLENCE AND MATERNAL AND CHILD
HEALTH. New York: Springer, 2004. Winner of the *2004 Society for the Study of
Social Problems, Crime & Delinquency Division, Outstanding Scholar Book Award.*

Evaluates the traumatic impact of domestic violence on maternal, fetal, and child health.

4. Morewitz, S. DEATH THREATS: NEW PATTERNS OF TRAUMA AND
VIOLENCE. New York: Springer, 2006 (forthcoming).

Evaluates the traumatic impact of domestic violence.

Stephen J. Morewitz, Ph.D.

5.  Morewitz, J. and Morewitz, S. "At-Risk Indicators for Suicide in Adolescents," *Resident & Staff Physician*, October 1991, Vol. 37, No. 10, pp. 17-24 (lead article).

6.  Cowan, P. and Morewitz, S. "Encouraging Discussion of Psychosocial Issues at Student Health Visits," *Journal of American College Health*, March 1995, Vol. 43, pp. 197-200.

7.  Hughes, J., Morewitz, S. and Morewitz, N. "Evaluating and Treating Patients with Pseudoseizures," *Resident & Staff Physician*, August 1997, Vol. 43, No. 8, pp. 35-44.

8. Morewitz, S., "Obsession," ENCYCLOPEDIA OF CRIMINOLOGY. 1st Edition, 3 Volumes, J. Mitchell Miller and Richard A. Wright (Eds.), New York: Routledge, 2004.

9.  Morewitz, S.  CHRONIC DISEASES AND HEALTH CARE: NEW TRENDS IN DIABETES, ARTHRITIS, OSTEOPOROSIS, FIBROMYALGIA, LOW BACK PAIN, CARDIOVASCULAR DISEASE, AND CANCER.  New York:  Springer, 2006.

Evaluates the traumatic impact of chronic diseases.

10.  Morewitz, S. and Goldstein, M.   AGING AND CHRONIC DISEASES.  New York: Springer, forthcoming, 2006.

Evaluates the traumatic impact of chronic diseases on older persons.

11.  Morewitz, S.  SEXUAL HARASSMENT & SOCIAL CHANGE IN AMERICAN SOCIETY. Lanham, MD:  Austin & Winfield, Publishers, University Press of America, Inc., Rowman & Littlefield Pub. Group, 1996.  Cited in Jon Gould, "Title IX in the Classroom: Academic Freedom and the Power to Harass," 6 *Duke Journal of Gender, Law & Policy*, 61, Allan H. Weitzman, "Employer Defenses to Sexual Harassment Claims," 6 *Duke Journal of Gender, Law & Policy*, 27, and other publications.

12.  Medio, F. and Morewitz  S. "Four Approaches to Using Patients to Teach and Evaluate Clinical Skills of Residents, Interns, and Students," *Journal of the American Osteopathic Association*, November 1992, Vol. 92, No. 11, pp. 1433-1436.

13.  Morewitz, S., Shaw, G., Clark, J., Mullins, S. "Survey of Computer Literacy among Podiatric Medical Students," *Journal of the American Podiatric Medical Association,* 2004, Vol. 94, No. 4, pp. 375-81.

14.  Shaw, G., Clark, J., Morewitz, S. "Implementation of Computerized Student-Patient Logs in Podiatric Medical Education," *Journal of the American Podiatric Medical Association,* 2003, Vol. 93, No. 2, pp. 150-156.

15.  Morewitz, S. and Shaw, G. "Behavioral Sciences Training Applications of a Computerized Student-Patient Encounter Log System," *Annals of Behavioral Sciences and Medical Education*, 2003, Vol. 9, No. 2, pp. 82-86.

Stephen J. Morewitz, Ph.D.

16.   Medio, F. and Morewitz, S. "Self-Directed Learning," In PRIMARY CARE PODIATRY, edited by J. Robbins. Philadelphia: W.B. Saunders Company, 1994.

17.   Morewitz, S., Shaw, G., Clark, J., Mullins, S. "Podiatric Medical Students' Evaluation of a Computerized Student-Patient Encounter Log (CSPEL) System," *Journal of the American Podiatric Medical Association,* 2005, Vol. 95, No. 6, pp. 556-563.

18.   Livingston, B. and Morewitz, S.   THE MEDICAL MALPRACTICE HANDBOOK. Lanham, MD:  Austin & Winfield, Publishers, Publishers, University Press of America, Inc., Rowman & Littlefield Pub. Inc., 1996.

19.   Morewitz, S., "Conflict Management," ENCYCLOPEDIA OF POLICE SCIENCE. 3rd Edition, 2 Volumes, Jack R. Greene (Ed.), New York: Routledge (forthcoming, 2006).

20.   O'Malley, N.C. (assisted by S. Morewitz and G. Knox). "Age-Based Rationing of Health Care: A Descriptive Survey of Professional Attitudes," *Health Care Management Review*, Winter 1991, Vol. 16, No. 1, pp. 83-93.

21.   Morewitz, S. ON THE PSYCHOLOGY OF THE VISUAL ARTS: AN ANNOTATED BIBLIOGRAPHY, 1964-1976. Washington, D.C.: American Psychological Association, *JSAS*, ms. 1453, 1977.

## LETTERS TO EDITOR

1.   Morewitz, S. et al. "Usefulness of Psychosocial Questionnaires," (invited letter) *Academic Medicine*, March 1995, Vol. 70, No. 3, p.  178.

2.   Morewitz, S. and Morewitz, J. "Reply to R. Albucher, Re: Suicide in Adolescents," *Resident & Staff Physician*, March 1992, Vol. 38, No. 3, pp. 165-166.

3.   Morewitz, S. "Osteomyelitis of the Foot and Toe in Adults is a Surgical Disease," *Annals of Surgery*, March 2006, Vol. 243, No. 3, p. 430.

## BOOK REVIEW

Review of S. Morewitz, SEXUAL HARASSMENT & SOCIAL CHANGE IN AMERICAN SOCIETY in the *Chicago Daily Law Bulletin*, April 29, 1998.

## OPINION-EDITORIAL

Morewitz, S. "Stalking-Prelude to Violence," *The National Law Journal*, January 20, 2003, Vol. 25, No. 22, p. A13.

## ABSTRACTS

Stephen J. Morewitz, Ph.D.

1.  Morewitz, S., Shamtoub, S., Ky, N., Saito, N., Reber, L., Kuy, S. "Anxiety and Ankle Pain Symptoms among Whites and African-Americans," (abstract) *Annals of Behavioral Medicine*, April 2002, Vol. 24, Supplement, #B-9, p. 25.

2.  Janowicz, R., Morewitz, S., Nguyen, J., Saito, N., Reber, L. "African-American and White Differences in Feelings of Hopelessness and Toe Pain in Insulin-Dependent and Non-Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51 , Supplement 2, #1901.

3.  Morewitz, S. "Feelings of Anxiety and Functional Impairment during Pregnancy," (abstract) *Obstetrics and Gynecology*, April 2003, Vol. 101, No. 4 (Supplement),  p. S109.

4.  Morewitz, S. "Psychosocial Distress and Financial Resources during Pregnancy," (abstract) *Obstetrics and Gynecology*, April 2002, Vol. 99, No. 4 (Supplement), p. 98.

5.  Morewitz, S. "Ethnic Differences in Psychosocial Stress during Pregnancy," (abstract) *Obstetrics and Gynecology*, April 2002, Vol. 99, No. 4 (Supplement), p. 98.

6.  Mullins, S., Morewitz, S., Kang, J. "Gender Differences in Ankle Pain Symptoms associated with Exercise and Sports Activities in Insulin Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2222.

7.  Morewitz, S., Lim, J., Dintcho, A. "Gender Differences in Arthritis Disability associated with Ankle Joint Pain: A Population-Based Survey," (abstract) *Osteoarthritis & Cartilage*, 2001, Vol. 9, Supplement, p. 69.

8.  Morewitz, S. "Arthritis Disability and Knee Pain: Gender and African-American/White Differences," (abstract) *Osteoarthritis & Cartilage*, 2003 (accepted for publication).

9. Morewitz, S. "Arthritis Impairment and Socioeconomic Differences among Persons with Non-Insulin-Dependent Diabetes," (abstract) *Psychosomatic Medicine* 2003, #1089.

10.  Tse, J., Morewitz, S., Muhl, K., Lee, R., Nielson, D., Dahle, S., Le, H. "African-American/White Differences in Perceived Weight Impairment and Body Mass Index among Insulin-Dependent and Non-Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2517.

11.  Saito, N., Morewitz, S., Reber, L, Henke, S., Lee, J. "Age Differences in Feelings of Hopelessness Among Non-Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2574.

12.  Shaw, G., Morewitz, S., Anderson M. "Age Differences in Hypertension and Toe Pain among Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2090.

Stephen J. Morewitz, Ph.D.

13.  Le, H., Dahle, S., Kang, J., Morewitz, S. "African-American/White Differences in Hypertension and Ankle Pain among Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2082.

14.  Schade-Serin, V., Morewitz, S., Lee, R. "African-American/White Differences in Ankle Pain Symptoms Related to Kidney Failure in Non-Insulin-Dependent Diabetics," (abstract) SIXTEENTH ANNUAL NORTHERN CALIFORNIA DIABETES SYMPOSIUM. San Francisco, CA: American Diabetes Association-Western Region & UCSF, 2002.

15.  Muhl, K., Morewitz, S., Lee, R., Tse, J., Nielson, D., Le H., Dahle, S. "African-American/White Differences in Perceived Weight Impairment and Desirable Body Weight Among Insulin-Dependent and Non-Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2508.

16.  Morewitz, S., Douglas, T., St. Louis, J., Sanandaji, S. "Hypertension Impairment among African-Americans and Whites:  Socioeconomic Factors," (abstract) *Circulation*, online, October 2002, P129.

17.  Morewitz, S., Tse, J., Lee, R., Muhl, K., Risch, S. "Gender Differences in Hypertension and Toe Pain in Insulin-Dependent Diabetics," (abstract), *Diabetes*, June 2002, Vol. 51, Supplement 2, #2086.

18.  Lim, J., Morewitz, S., Dintcho, A., Babros, D., St.Louis, J. "Ankle Joint Symptoms among Insulin-Dependent and Non-Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2235.

19.  Morewitz, S. Dintcho, A., Lim, J., Cook, J., Cook, E. "Impairment from Arthritis among Diabetics and Non-Diabetics With Ankle Pain and Stiffness," (abstract) *Annals of Behavioral Medicine*, April 2002, Vol. 24, Supplement, #B-10, p. 25.

20.  Ky, N., Morewitz, S., Mullins, S., Palma, I., Mukker, J., Shamtoub, S. "Gender Differences in Perceptions of Desirable Body Weight among Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2505.

21.  Mukker, J., Morewitz, S., Javaherian, A., Mullins, S., Palma, I. "Gender and Age Differences in Body Weight among Non-Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2509.

22.  Morewitz, S. "Alcohol Use and Risk Factors during Pregnancy," (abstract) *Obstetrics and Gynecology*, April 2004, Vol. 103, No. 4 (Supplement), p. 83S.

23.  Morewitz, S. "Smoking Frequency and Risk Factors during Pregnancy," (abstract) *Obstetrics and Gynecology*, April 2004, Vol. 03, No. 4 (Supplement), p. 46S.

24. Morewitz, S. "Physical Violence and Stalking against Pregnant African-American Women: A Subcultural View," *Sociological Abstracts*, 2002.

25. Morewitz, S. "Domestic Violence and Stalking during Pregnancy," (abstract) *Obstetrics and Gynecology*, 2001, Vol. 97, No. 4 (Supplement), p. 53.

26. Morewitz, S. "Psychosocial Factors associated with Physical Trauma among Domestic Violence Victims," (abstract) *Psychosomatic Medicine* January/February 2001, Vol. 63, No. 1, p. 169, #1093.

27. Morewitz, S. "Domestic Stalking and Violence by Ethnic/Racial Groups: A Subculture of Violence Approach," *Sociological Abstracts*, August 2000 (Supplement), 188, p. 87.

28. Shaw, G., Morewitz, S. "Gender and African-American Differences in the Association of Birth Weight and Diabetes in Children and Adolescents," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2535.

29. Morewitz, S. "Duration of Hypertension and Knee Pain among Persons with Arthritis Disability," (abstract) *Osteoarthritis & Cartilage*, 2003 (accepted for publication).

30. Morewitz, S. "Knee Pain and Duration of Vigorous Activity among Persons with Arthritis Impairment: African-American/White Differences," (abstract) *Osteoarthritis & Cartilage*, 2003 (accepted for publication).

31. Ky, N., Morewitz, S., Mullins, S., Mukker, J. "African-American/White Differences in Perceptions of Desirable Body Weight Among Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2506.

32. Mullins, S., Morewitz, S., Palma, I., Mukker, J. "Gender Differences in Perceived Weight Impairment and Exercise in Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #2221.

33. Palma, I., Morewitz, S., Mukker, J., Mullins, S. "African-American/White Differences in Weight Impairment and Exercise in Insulin-Dependent Diabetics," (abstract) *Diabetes*, June 2002, Vol. 51, Supplement 2, #996.

34. Jackman, M., Morewitz, S., Lee, R., Muhl, K., Tse, J. "Perceived Weight Impairment and Stress among African-American and White Non-Insulin-Dependent Diabetics: A Subcultural Perspective on Responses to Stress," *Sociological Abstracts*, 2002.

35. Morewitz, S., Shamtoub, S., Ky, N., Mullins, S., Mukker, J., Palma, I. "Perceptions of Desirable Body Weight and Vigorous Exercise: Gender and African-American/White Differences," (abstract) *Proceedings of the American Association for the Advancement of*

Stephen J. Morewitz, Ph.D.

*Science, Pacific Division, 83rd Annual Meeting* of *the AAAS: Pacific Division*, June 12, 2002, Vol. 21, Part 1, p. 40.

36. Morewitz, S. "Racial/Ethnic Differences among Domestic Stalking Victims involved in Police Contacts for Domestic Violence & Stalking," (abstract) *Proceedings of the American Association for the Advancement of Science, Pacific Division, 81st Annual Meeting of the AAAS: Pacific Division*, June 11, 2000, Vol. 10, Part 1, p. 55.

37. Morewitz, S. "The Psychosocial Effects of Stalking and Violence," *SearchAbstracts*, 2001.

38. Morewitz, S. "Spouse Stalking and Partner Sexual Assaults," (abstract) *Proceedings of the American Association for the Advancement of Science, Pacific Division, 82nd Annual Meeting* of *the AAAS: Pacific Division*, June 17, 2001, Vol. 20, Part 1, p. 52.

39. Morewitz, S., Ford, Z. and Medio, F. "Evaluation of a Psychosocial Questionnaire," Poster Exhibit, *Seventeenth Annual Session of the Innovations in Medical Education, Association of the American Medical Colleges, Group on Educational Affairs*, New Orleans, LA (November 9-11, 1992).

40. Ware, A. and Morewitz, S. "The Impact of a Diabetes Teaching Program on Patients' Metabolic Control," (abstract) *Diabetes*, May 1983, Vol. 32, Supplement 1, #469.

41. Bashook, P., Mako, M., Huff, D., and Morewitz, S. "Diabetes in Physicians' Offices and Academic Clinics," (abstract) *Diabetes*, May 1983, Vol. 32, Supplement 1, #451.

42. Morewitz, S., Risch, S., Muhl, K., Tse, J., Lee, R. "Gender Differences in Hypertension and Toe Pain in Insulin-Taking Diabetics," (abstract), p. 155 in CONFERENCE ON UNDERSTANDING THE METABOLIC SYNDROME: EFFECT ON DIABETES AND CARDIOVASCULAR DISEASE SYLLABUS. Alexandria, VA: American Diabetes Association, 2001.

43. Morewitz, S., Sayani, S., Mullins, S., Mukker, J., Thompson, J., Palma, I. "Vigorous Exercise and Diabetes Impairment: Socioeconomic Status Factors in Coping With Chronic Illnesses and Disabilities," *Sociological Abstracts,* 2002.

44. Saito, N., Morewitz, S., Moxley, K., Shoaee, N. "Age Differences in Feelings of Hopelessness in Toe Pain Symptoms in Insulin-Dependent Diabetics," (abstract) SIXTEENTH ANNUAL NORTHERN CALIFORNIA DIABETES SYMPOSIUM. San Francisco, CA: American Diabetes Association-Western Region & UCSF, 2002.

45. Schade-Serin, V., Morewitz, S., Cota, L., Henke, S., Lee, J., Longton, J. "Gender Differences in Feelings of Hopelessness and Toe Pain Symptoms in Insulin-Dependent and Non-Insulin-Dependent Diabetics," (abstract) SIXTEENTH ANNUAL NORTHERN

16

CALIFORNIA DIABETES SYMPOSIUM. San Francisco, CA: American Diabetes Association-Western Region & UCSF, 2002.

46.  Morewitz, S., Page, J. Tang, R., and Frank, M. "Using a Diabetic Patient Foot Care Self-Assessment as an Educational Trigger For Residents" Poster Exhibit, *Twenty-Fifth Annual Session of the Innovations in Medical Education, Association of the American Medical Colleges, Group on Educational Affairs*, Chicago, IL (October 28-31, 2000).

47.  Morewitz, S. "Vigorous Activity among Persons with Hypertension: The Role of Race and Socioeconomic Factors," (abstract) *Circulation*, online, March 7, 2003, P57.

48.  Morewitz, S. "Perceived Weight Impairment and Vigorous Activity among Persons with a Stroke History: Gender Differences," (abstract) *Annals of Behavioral Medicine*, April 2003 (accepted for publication).

49.  Morewitz, S. "Spouse Rape and Parental Child Abductions," (Abstract) *Proceedings of the American Association for the Advancement of Science, Pacific Division, 84th Annual Meeting of the AAAS: Pacific Division*, June 15, 2003, Vol. 22, Part 1, p. 70.

50.  Morewitz, S. "Racial/Ethnic Differences in Threatening to Murder a Partner and Parental Child Abductions," (abstract) *Proceedings of the 15th Meeting of the International Association of Forensic Sciences (IAFS 2003)*, September 2003.

51.  Morewitz, S. "Child Custody Conflicts and Parental Child Abductions: Racial and Ethnic Differences," (abstract) *Proceedings of the 15th Meeting of the International Association of Forensic Sciences (IAFS 2003)*, September 2003.

52.  Morewitz, S. "Parental Child Abductions and Victims' Requests for Court Protection: Racial and Ethnic Differences," (abstract) *Proceedings of the 15th Meeting of the International Association of Forensic Sciences (IAFS 2003)*, September 2003.

53.  Morewitz, S. "Socioeconomic Status Differences in Diabetic Impairment and Ankle Pain among Non-Insulin-dependent Diabetics," (Abstract) *Proceedings of the American Association for the Advancement of Science, Pacific Division, 84th Annual Meeting of the AAAS: Pacific Division*, June 15, 2003, Vol. 22, Part 1, p. 70.

54.  Morewitz, S. "Duration of Weight Problem among Persons with a History of Hypertension: African-American/White Differences," (abstract) *Circulation*, online, April 2003.

55.  Morewitz, S. "Socioeconomic Status Differences in Perceived Weight Impairment and Ankle Pain among Insulin-Dependent Diabetics," (abstract) *Diabetes & Metabolism*, 2003 (accepted for publication).

Stephen J. Morewitz, Ph.D.

56.  Morewitz, S. "Duration of Weight Problem and Body Mass Index among Persons with a History of Hypertension: African-American/White Differences," (abstract) *Obesity Research, Supplement*, 2003, 500-P.

57.  Morewitz, S. "Perceived Weight Impairment and Vigorous Activity among Individuals with a Stroke History: Gender Differences," (abstract) *Obesity Research, Supplement*, 2003, 499-P.

58.  Morewitz, S. "Hypertension Impairment and Socioeconomic Differences among Persons with Insulin-Dependent Diabetes," (abstract) *Proceedings of the American Association for the Advancement of Science, Pacific Division, 85th Annual Meeting* of *the AAAS: Pacific Division*, June 13-17, 2004, Vol. 23, Part 1.

59.  Morewitz, S. "Duration of Heart Problems among Persons with Non-Insulin-Dependent Diabetes: Socioeconomic Differences," (abstract) *Proceedings of the American Association for the Advancement of Science, Pacific Division, 85th Annual Meeting* of *the AAAS: Pacific Division*, June 13-17, 2004, Vol. 23, Part 1.

60.  Morewitz, S. "Disability among Persons with Non-Insulin-Dependent Diabetes," (abstract) *Annals of Behavioral Medicine*, March 2004 (accepted for publication).

61.  Morewitz, S. "Coronary Heart Disease Impairment and Patients' Ability to Afford and Access Prescription Drugs," (abstract) *Circulation, online,* May 25, 2004, Vol. 109, No. 20, P1, p. 1.

62.  Morewitz, S. "Hypertension Impairment and Patient Affordability of Prescription Drugs: Demographic and Socioeconomic Differences," *Sociological Abstracts,* 2004 (accepted for publication).

63.  Morewitz, S. "Marital Status as a Risk Factor for Hypertension Impairment," (abstract) *Circulation, online,* May 25, 2004, Vol. 109, No. 20, P89, p. 18.

64.  Morewitz, S. "Hypertension Impairment: The Role of Gender and Socioeconomic Status Factors," (abstract) *Circulation, online,* May 25, 2004, Vol. 109, No. 20, P88, p. 18.

65.  Morewitz, S. "Diabetic Impairment and Insulin-Dependent Diabetes Mellitus Patients' Ability to Afford Prescription Medicine," (abstract) *Diabetes*, June 2004, Supplement 2, #2319-PO.

66.  Morewitz, S. "Age as a Risk Factor for Cervical Cancer," (abstract) *Proceedings of the Third Annual American Association for Cancer Research International Conference on Frontiers in Cancer Prevention Research*, October 17-18 2004 (accepted for publication).

Stephen J. Morewitz, Ph.D.

67.   Morewitz, S. "Income Differences in Women Who Report Heart Disease Impairment," (abstract) *Circulation, online,* February 1, 2005, Vol. 111, No. 4, P129, p. E-74.

68.   Morewitz, S. "Possible Marital Status and Age Differences in Arthritis Impairment," (abstract) *Proceedings of the American Association for the Advancement of Science, Pacific Division, 86th Annual Meeting of the AAAS: Pacific Division,* June 12-16, 2005, Vol. 24, Part 1.

69.   Morewitz, S. "Psychosocial Impairment as a Risk Factor for Radiating Lower Extremity Pain," (abstract) *Psychosomatic Medicine, online,* March 5, 2005, Vol. 67, No. 1, #1277.

70.   Morewitz, S. "Gender Differences in Low Back Pain: Analysis of the National Health Interview Survey," (abstract) *Psychosomatic Medicine, online,* March 5, 2005, Vol. 67, No. 1, #1179.

71.   Morewitz, S., Shaw, G., Clark, J., Matheny, T. "Complex Regional Pain Syndrome-I of the Lower Extremity in Patients with Diabetes Mellitus," (abstract) *Proceedings of the American Association for the Advancement of Science, Pacific Division, 86th Annual Meeting of the AAAS: Pacific Division,* June 12-16, 2005, Vol. 24, Part 1.

72.   Morewitz, S. "Income and Racial/Ethnic Differences in Use of the Emergency Department among Persons with Self-Reported Hypertension Impairment," (abstract) *Circulation, online,* May 2005, #10 (accepted for publication).

73.   Morewitz, S. "African-American and White Differences in Hypertension History among Pregnant Women," (abstract) *Circulation, online,* May 2005, #13 (accepted for publication).

74.   Morewitz, S. "Racial and Ethnic Differences among Offenders who Sexually Assault or Rape Intimate and Non-Intimate Partners," (abstract) *Proceedings of the American Association for the Advancement of Science, Pacific Division, 86th Annual Meeting of the AAAS: Pacific Division,* June 12-16, 2005, Vol. 24, Part 1.

75.   Morewitz, S. "African-American/White Differences in Recent Feelings of Sadness among Persons with Diabetes: A Population-Based Study," (abstract) *Diabetes,* June 2005, Vol. 54, Supplement 1, #2368-PO, p. A571.

76.   Morewitz, S. "Gender Differences in Partners who Receive Death Threats and are Threatened with Parental Child Kidnapping," (abstract) *Proceedings of the 17th Meeting of the International Association of Forensic Sciences (IAFS 2005),* August 21-26, 2005.

77.   Morewitz, S. "Racial and Socioeconomic Differences in Breast Cancer Rates," (abstract) *The Breast Journal,* 2003 (accepted for publication).

Stephen J. Morewitz, Ph.D.

78.  Morewitz, S. "Gender and Socioeconomic Differences in Persons with Colon Cancer," (abstract) *Cancer Epidemiology, Biomarkers & Prevention*, 2002, 11 (Suppl.): C213.

79.  Morewitz, S. "Socioeconomic Differences among Hispanics Who Suffer Both Stroke and Heart Attack," (abstract) *Circulation*, online, October 2002, P130.

80.  Morewitz, S. "Childhood Leukemia Incidence & Risk Factors," (abstract) *Annals of Behavioral Medicine*, April 1994, Vol. 16, Supplement, p. 192.

81.  Morewitz, S. "Childhood Brain Tumors & Risk Factors," (abstract) *Annals of Behavioral Medicine*, April 1995, Vol. 17, Supplement, p. 176.

82.  Morewitz, S. "Joint Pain-Related Impairment and Colon Cancer," (abstract) *Osteoarthritis & Cartilage*, November 2005, Supplement, #8 (accepted for publication).

83.  Morewitz, S. "Age Differences in Domestic Stalking and Violence," (abstract) *Proceedings of the 52nd Meeting of the American Society of Criminology*, November 15-18, 2000, p. 8.

84.  Morewitz, S. "African-American/White Differences among Persons who Suffer both Stroke and Heart Attacks," (abstract) *Circulation, online,* May 2006, P174.

## OTHER

1.  Faroq, L. Lin, B. (assisted by T. Chang and S. Morewitz) "Interdigital Implants: A Retrospective Study," (abstract). Poster to be presented at the 65th Annual Meeting of the American College of Foot and Ankle Surgeons, Las Vegas, NV, 2006.

## REFERENCES

Will be provided upon request.

**Stephen J. Morewitz, Ph.D., C.P.S.P.**

**SELECTED CASES**

**1 of 4**

Maude Smith v. Campus Commons Retirement Community, Ray Stone, et al., Superior Court of the State of California, Sacramento County, 2002 (trial testimony-disability, stress, & traumatic impact-personal injury).

Mrs. Nga Ngoc Le v. Tommy G. Thompson, Secretary of Health and Human Services, Social Security Administration Disability Appellate Hearing, Pasadena, CA, January 10, 2002 (trial testimony-disability, stress, & traumatic impact).

Kevin McRae v. Tommy G. Thompson, Secretary of Health and Human Services, Social Security Administration Disability Appellate Hearing, IL, 2003 (disability, stress, & traumatic impact).

Steven Lockett v. Tommy G. Thompson, Secretary of Health and Human Services, Social Security Administration Disability case (disability, stress, & traumatic impact).

Brian Mayoski v. Tommy G. Thompson, Secretary of Health and Human Services, Social Security Administration Disability case. trial testimony-disability, stress, & traumatic impact).

Jacqueline Diaz v. Reyes Property, West Hollywood, CA, Superior Court of the State of California (disability, stress, traumatic impact, & quality of life evaluation-personal injury, settled out of court).

Pettit v. Gilmore, U.S. District Court, Northern District of Illinois, Eastern Division, Chicago, June 1989 term, No. 88-C-5783 (trial testimony, stress and traumatic impact/quality of life testimony-impact of a wrongful death of a mother on her 7 year-old child and husband).

Williams v. Chicago Park District, Circuit Court of Cook County, Illinois County Department, Law Division, June 1991 term (trial testimony-stress and traumatic impact, disability, & quality of life testimony-personal injury).

Goedecker v. Women's Aid Clinic, Ltd., Circuit Court of Cook County, Illinois County Department, Law Division, No. 85-L-10455 (deposition-wrongful death; stress and traumatic impact of death of a mother on a child and other family members).

Reinbachs v. City of San Jose, Superior Court of the State of California, Santa Clara County, No. 686047/693460 (deposition-quality of life evaluation-stress and traumatic impact of a wrongful death on an 8-year-old child, settled out of court).

**Stephen J. Morewitz, Ph.D., C.P.S.P.**

**Page 2 of 4**

Rapp v. Northern Industries, Circuit Court of Cook County, Illinois County Department, Law Division, No. 85-WC-6710  (deposition-stress and traumatic impact/disability & quality of life evaluation-personal injury).

Francis Regis & Nicole LeCoin v. Ronald Chamberlain, Circuit Court of Cook County, Illinois County Department, Law Division (deposition-disability, stress, traumatic impact, & quality of life evaluation-personal injury, settled out of court).

Mumtaz Ahmed and Zahida Parveen v. Orvie B. Baker, Circuit Court of Cook County, Illinois County Department, Law Division (No. 92 L 11693 (disability, stress, traumatic impact, and quality of life losses evaluation).

Gerald Blake v. City of Chicago, Circuit Court of Cook County, Illinois County Department, Law Division (deposition testimony-assault, stress, traumatic impact, occupational disability, disfigurement, & quality of life testimony).

Turan Ramadan; Patricia Ramadan v. City of Napa; Phil Brun; Michael O'Bryon; Does 1-100, U.S. District Court, Northern District of California, San Francisco, (racial discrimination, retaliation in the workplace, stress, traumatic impact, disability, & quality of life).

Heather L. Davis v. Akzo Nobel Inc., David Holden, and Leila Adamoski, U.S. District Court, Northern District of Illinois, Eastern Division (No. 01 C 7415) (sexual harassment policies/procedures and sexual harassment impact).

Dr. Alla Wilson v. Board of Regents of the University of Wisconsin System and Dr. Gary Benson, U.S. District Court, Western District of Wisconsin (99C-0027C) (deposition-sexual harassment policies & procedures & impact evaluation, liability-summary judgment, damages-settled out of court).

Frances Perkins v. Mihai Anisorac and Agnieszka Kukiklxa Anisorac, Circuit Court of Cook County (Case No. 02L 009455) (Sexual harassment evaluation).

Hilda Romero v. Vision Farms, LLC; Lupe Medrano, Does 1-20, Superior Court of of the State of California, Monterey County (No. M57004) (sexual harassment impact and policies and procedures).

Littlejohn v. Fruitvale Convalescent Home, Superior Court of the State of California, Oakland, CA (deposition-disability, stress, traumatic impact & quality of life evaluation-nursing home patient assault).
**Stephen J. Morewitz, Ph.D.**

**3 of 4**

J. Sandberg v._____ , Circuit Court of Cook County (deposition-stress, traumatic impact, disability & quality of life evaluation-personal injury).

Mary LaCasse v. State of Wisconsin Department of Work Development, U.S. District Court, Madison, WI, 1998 (sexual harassment impact, profile, & policies/procedures evaluation, settled out of court)

Connie Lee v. Harrah's of Las Vegas, Inc., dba Harrah's Casino Hotel, et al., U.S. District Court, District of Nevada, Case No. CV-S-96-00046-PMP (RLH) (sexual harassment evaluation)

Ann Woods & Suzanne Neilson v. Hy-Vee, Inc., U.S. District Court, Southern District of Iowa, Central Division (4-97-CV-80381) (sexual harassment policies & procedures, profile, and impact evaluation, settled out of court).

Katherine Bryant v. Swidler Berlin Shereff Friedman, LLP. U.S. District Court for the District of Columbia (99-3429 EGS) (sexual harassment/assault-sexual harassment policies & procedures, profile, & impact evaluation, settled out of court).

Barbara A. White v. Melon King Corp., Kelly Larey & Glen Justice, U.S. District Court, Eastern District of California (CIV-F-98-5539 CWW SMS) (sexual harassment policies/procedures, profile, & impact evaluation).

Judith Trevino v. Kraft Foods, Inc., U.S. District Court, Southern District of Iowa, Davenport Division (3-97-CV-10220) (sexual harassment policies/procedures, impact, & profile evaluation)

Raelynn Harrod v. CA Dept. of Transportation, U.S. District Court, Eastern District, Case No. CV-S-98-1095 LKK JFM PS (sexual harassment policies/procedures, profile, & impact--under contract with the California Department of Transportation).

Nancy Keene v. Xyan et al., U.S. District Court, San Francisco (sexual harassment policies & procedures, impact & profile evaluation, settled out of court).

Automme Burton v. Crescent Jewelers, Inc., Superior Court of the State of California, Redding, CA, Case No. 50366 (sexual harassment policies and procedures, sexual assault, sexual harassment impact, settled out of court).

Ana Lugo v. Anixter, Inc., Superior Court of the Commonwealth of Massachusetts (C.A. #02-882D) (sexual harassment policies and procedures, sexual assault, sexual harassment profiles, sexual harassment impact).

**Stephen J. Morewitz, Ph.D.**

3

**4 of 4**

Baker v. Ellen Figg, Inc., 03 Civ. 0322 (DC); Liegey v. Ellen Figg, Inc., 02 Civ. 1492 (DC); Donna Schwartz v. Walter Baker, Martin Coleman and Ellen Figg, Inc., Supreme Court of The State of New York, County of New York, Index No. 103548/94 (sexual harassment policies and procedures and sexual harassment/occupational impact).

Gregory Holston v. Illinois Department of Human Services, a/k/a Elgin Mental Health Center, U.S. District Court, Northern District of Illinois, Eastern Division, No. 04 C 3165 (sexual harassment policies/procedures and damage to professional reputation).

Alana Moseir v. William Hildago, Southland Claims, Superior Court of the State of California, Orange County (sexual harassment policies and procedures, sexual harassment impact).

Rosemary Anderson v. United Conveyor Supply Co, U.S. District Court, Northern District of Illinois, Eastern Division, No. 04 C 6621 (ADA, disability, stress, traumatic impact, rehabilitation, quality of life losses).

Christine Loughran-Smith v. Patterson Dental Supply, Inc., et al., Superior Court of the State of California, County of San Diego, Case No.: GIC 842646 (trial testimony, sexual harassment policies and procedures).

Romelia Sanchez v. Union Pawnbrokers, Pico Union Shop, Inc., Nicolai Imedadze, Individually and dba Whittier Collateral and Loan Company, Union Pawn No. 6, and Does 1 through 100, inclusive, Superior Court of the State of California, County of Los Angeles, Case No. 03K09077 (sexual harassment policies and procedures, settled out of court).

Julie Fields a/k/a Julie Towey v. Eugene Demianczuk, Circuit Court of Cook County, Illinois Municipal Department, First District, Case No. 04M1-180262 (assault, intentional infliction of emotional distress, wrongful access, & retaliatory eviction)