JAMES IREIJO    HI Bar: 1927
P. O. Box 576
Cool, CA 95614-0576
Tel: 530-885-4133
Fax: 530-885-1322
Hnl Tel: 808-988-7720
email: waikikilawyer@thegrid.net

Attorney for Plaintiff
JOHN RENO

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN RENO, | ) | CASE NO: CV02-808 MEA KSC |
| | ) | |
| | ) | PLAINTIFFS' DISCLOSURE OF |
| Plaintiff, | ) | EXPERT WITNESS (DR. |
| | ) | JACK P. SUYDERHOUD); |
| vs. | ) | EXHIBIT "A"; CERTIFICATE |
| | ) | OF SERVICE |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS**
**(DR. JACK P. SUYDERHOUD)**

Comes now, the Plaintiff, John Reno, by his Attorney, James Ireijo,

pursuant to Federal Rules Of Civil Procedure, Rule 26(a)(2), makes disclosure of

his expert witness with regard to <u>economic or wage loss</u> stemming from his injuries and damages in this case.

A copy of Dr. Jack P. Suyderhoud written report, CV, and previous trial expertise is attached herein as Exhibit "A".

DATED: Cool, CA, July ___, 2006.


/s/ JAMES IREIJO

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

**Served Electronically through CM/ECF:**

R. Michael Burke, Esq.          mike.burke@usdoj.gov   On July 5, 2006

and via deposit in the U.S. Mail Box, first-class mail, postage prepaid at Cool, CA on July 5, 2006.

DATED: Cool, CA, July5, 2006.

/s/ JAMES IREIJO