**Jack P. Snyderhoud, Ph.D.**
*Economist*
7149 Kukii Street
Honolulu, Hawaii 96825
Phone 808-342-6226; Fax 808-395-1876

July 5, 2006

James S. Ireijo
Attorney at Law
P.O. Box 576
Cool, California, 95614-0576

Via Fax: 530-885-1322

Re: <u>John Reno v. USA (CV 02-0808 MEA-KSC)</u>

Dear Mr. Ireijo:

I was retained by your office on June 23, 2006 to make calculations of economic damages in the case of Mr. John Reno.

**I. Scope of this Report:**

In this report I calculate the loss of income and retirement benefits assuming that Mr. Reno cannot work. In making these calculations I am not rendering expert opinion as to the cause of Mr. Reno's inability to work or his ability to work given his present condition.

**II. Documents Reviewed:**

In order to make my calculations, your office provided me the following information:
1. Letter from your office dated June 28, 2006 that provides basic factual information about this case.
2. Declaration of John Reno in this case dated February 2, 2005.
3. Letter from Michael E. Varnum, FBI, to John Reno, dated July 21, 2000.
4. Letter from Enrique F. Gonzalez, CIA, dated June 21, 2002.
5. Letter from Phillip Spottswood, US Office of Personnel Management, dated December 20, 2002.
6. Letter from Michael Dickison, INS, dated February 5, 2003.
7. Fax from your office dated July 2, 2006 that sets forth Mr. Reno's date of birth, and the assumed date that his earnings loss begins.
8. Mr. Reno's "Certificate of Release or Discharge from Active Duty" effective August 15, 1996.
9. Honorable Discharge certificate for John J. Reno, date September 16, 1999.
10. Transcript for Mr. Reno from Hawaii Pacific University.

1

EX "A"

11. Copy of Mr. Reno's New Jersey driver license, Medicare insurance card, and Oxford Medicare Advantage card.
12. SallieMae Loan Discharge Application dated March 10, 2005.

In addition, I have relied on publicly available documents that are cited below and/or in my calculations attached.

### III. Calculation of Damages:

I have calculated the present value of lost income and retirement benefits to Mr. Reno to be **$1.011 million**. The following are relevant to this conclusion:

1. I have assumed that Mr. Reno is unable to work in the area of security (police officer) for the US government. Since I am neither a medical expert nor a vocational expert, I cannot render an expert opinion on this assumption. However, I do note that in the materials provided to me, the US government (CIA) did offer Mr. Reno a position as a police officer. (See letter from Gonzalez cited above.) Further, Mr. Reno was found unfit for this type of work. (See letters from Spottswood and Dickison cited above.) Further, Dr. Juan Orlando Falcon signed the SallieMae document (cited above) that found Mr. Reno "unable to earn money in any capacity" effective June 1, 2004. This date is the date at which I start the loss calculation.
2. Absent Mr. Reno's inability to work, I have assumed that he could have worked to a statistically normal worklife expectancy of age 62.2. (See the attached page A and columns 1-4 of page C.
3. I assume that Mr. Reno could have had earnings consistent with that of a US government police officer employed by the CIA. Per the Gonzalez letter (cited above) this would have been $35,404 at the starting level (GSL-6 step 5) in year-2000 dollar values. (See page B and column 4 of page C.)
4. I have assumed no promotion beyond GSL-6. However, I have assumed step increases as allowed by law. (See page A and columns 5 and 6 of page C.)
5. I have adjusted the 2002-dollar values of earnings to reflect inflation between 2002 and 2005. (See page B.) In addition, I have assumed inflation beyond 2005 as shown at the top part of page D. The inflation-adjusted earnings are in column 7 of page C.
6. I have assumed a loss of Federal retirement income loss that Mr. Reno would have achieved had he been employed for the rest of his working life as a Federal police officer. The retirement calculations are shown on page A and the amounts are shown in column 8 of page C. I assume a normal life expectancy for Mr. Reno to age 77.1 as shown on page A.
7. I have assumed no other fringe benefit loss since Mr. Reno appears to be covered by medical insurance.
8. I have deducted Federal income tax at a rate of 9.2% and state of income tax at a rate of 3.7%, or 40% of the Federal rate. I have also deducted 1.3% of the pay to account for the Federal retirement contribution Mr. Reno would have been obligated to pay. (See page B and column 9 of page C.)
9. The after-tax loss is calculated for each year of the calculation and shown in column 10 of page C. Column 10 is column 7 plus column 8 minus column 9.

2

10. All future values are adjusted to present value using the interest rates sown on page D. Column 11 shows the present value of the loss for each year.

## IV. Conclusion:

I hold the opinions above to a reasonable degree of economic probability, given the facts and assumptions I was asked to consider. I have not independently verified these facts, nor have I determined if the assumptions are reasonable. Should the facts and assumptions change, my calculations would change.

I am solely responsible for the opinions expressed in this report. Please let me know if you have any questions.

Respectfully,

Jack P. Suyderhoud, Ph.D.

07/04/2006  12:44    8083951876                SUYDERHOUD                              PAGE  03/15
Case 1:02-cv-00808-MEA-KSC    Document 59-2    Filed 07/05/2006    Page 3 of 15

3

ANALYSIS FOR RENO                                                                    7/4/06 11:14 AM

| TIMELINE CALCULATIONS: | | | | | |
|---|---|---|---|---|---|
| | | | | DATE | AGE |
| | DATE OF BIRTH: | | | 23-Aug-73 | - |
| | LOSS STARTS: | | | 1-Jun-04 | 30.8 |
| | DATE FOR "NOW": | | | 1-Jul-06 | 32.9 |

| NORMAL WORKLIFE AND LIFE EXPECTANCIES: | | | | | |
|---|---|---|---|---|---|
| | | | | DATE | AGE |
| | STATISTICAL WORKLIFE EXPECTANCY: | | | 25-Oct-35 | 62.2 |
| | STATISTICAL LIFE EXPECTANCY: | | | 12-Sep-50 | 77.1 |
| | SOURCES: | SKOOG & CIECKA, JL OF LEGAL ECONOMICS, SPR/SUM 2001, P. 38 | | | |
| | | USDHHS, NATL VITAL STATS REPT, LIFE TABLES 2003, 4/19/06, P. 16 | | | |

| ASSUMED SALARY PROGRESSION: | | | | | |
|---|---|---|---|---|---|
| DATE | GS LEVEL | STEP | PAY IN 06 | PCT CHG | |
| 2004 | GSL-6 | 5 | $ 36,509 | | |
| 2007 | GSL-6 | 6 | $ 37,445 | 2.6% | |
| 2009 | GSL-6 | 7 | $ 38,381 | 2.5% | |
| 2012 | GSL-6 | 8 | $ 39,317 | 2.4% | |
| 2015 | GSL-6 | 9 | $ 40,253 | 2.4% | |
| 2018 | GSL-6 | 10 | $ 41,189 | 2.3% | |
| SOURCE: CIA OFFER LETTER, 6/21/02 | | | | | |
| SOURCE: GSL SALARY TABLE FOR 2006 AND CFR SEC 531.404 AND 405 | | | | | |

| RETIREMENT PAY ASSUMPTIONS: | | | | | |
|---|---|---|---|---|---|
| | START | 01-Jun-04 | | | |
| | END | 25-Oct-35 | | | |
| | YRS SV | 31.4 | | | |
| | BENEFIT CALCULATION | | | | |
| | YEARS | 20.0 | | | |
| | TIMES | 1.7% | | | |
| | EQUALS | 34.0% | | | |
| | PLUS | | | | |
| | YEARS > 20 | 11.4 | | | |
| | TIMES | 1.0% | | | |
| | EQUALS | 11.4% | | | |
| | TOTAL | 45.4% | | | |
| | AVG HI 3 | $ 113,628 | | | |
| | AMOUNT IN 203 | $ 51,587 | | | |
| SOURCE: US OPM, FERS OVERVIEW, REV APR 98 | | | | | |

Page A

ANALYSIS FOR RENO

7/4/06 11:17 AM

| ASSUMPTIONS FOR EARNINGS CALCULATION, ABSENT CONDITION: | | |
|---|---|---|
| EARNINGS ABSENT INCIDENT, 2002 $: | $ 35,404 | SOURCE: CIA OFFER LETTER 6/21/02 |
| EARNINGS INFLATION, 2002-03: | 2.3% | SOURCE: CEA, ECONOMIC REPT OF PRES. 06, TABLE B-28 |
| EARNINGS INFLATION, 2003-04: | 2.7% | |
| EARNINGS INFLATION, 2004-05: | 3.4% | |
| INFLATION POST 2005: | VARIES | SOURCE: SEE INFLATION-INTEREST RATE TABLE |
| RETIREMENT BENEFITS IN 2035 $: | $ 51,587 | SOURCE: SEE RETIREMENT BENEFITS CALCULATION |
| FEDERAL INCOME TAX: | 9.2% | SOURCE: IRS STATS OF INCOME BULLETIN, SUMMER 03, PUB 1136 (REV. 09-03.) TABLE 3 |
| STATE INC TAX RATE: | 3.7% | ASSUMED TO BE 40% OF FEDERAL INCOME TAX |
| RETIREMENT CONTRIBUTION: | 1.3% | SOURCE: FERS OVERVIEW, US OPM, REV APR 98, P. 17 |
| INTEREST RATES FOR DISCOUNTING: | VARIES | SOURCE: SEE INFLATION-INTEREST RATE TABLE |

Page 13

**EARNINGS LOSS CALCULATION ABSENT CONDITION:**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| PERIOD | YEAR | AGE AT END OF PERIOD | BASE EARNINGS IN 2002 $ | STEP ADJUST % | ADJUSTED EARNINGS IN 2002 $ | ADJUSTED EARNINGS IN CURR $ | RETIREMENT PAY IN CURR $ | LESS INC TAX AND BEN CONT | AFT-TAX COMPENS IN CURR $ | PRES VAL AFT-TAX COMPENS |
| **PAST** | | | | | | | | | | |
| 6/1 - 12/31 | 2004 | 31 | $ 20,652 | | $ 20,652 | $ 21,690 | | $ 3,073 | $ 18,616 | $ 18,616 |
| 1/1 - 12/31 | 2005 | 32 | $ 35,404 | | $ 35,404 | $ 38,442 | | $ 5,447 | $ 32,995 | $ 32,995 |
| 1/1 - 6/30 | 2006 | 32 | $ 17,702 | | $ 17,702 | $ 19,855 | | $ 2,813 | $ 17,042 | $ 17,042 |
| | | | | | | | | | SUB-TOTAL | $ 68,654 |
| **FUTURE** | | | | | | | | | | |
| 7/1 - 12/31 | 2006 | 33 | $ 17,702 | | $ 17,702 | $ 19,855 | | $ 2,813 | $ 17,042 | $ 16,662 |
| 1/1 - 12/31 | 2007 | 34 | $ 35,404 | 2.6% | $ 36,312 | $ 41,787 | | $ 5,921 | $ 35,867 | $ 33,544 |
| 1/1 - 12/31 | 2008 | 35 | $ 35,404 | | $ 36,312 | $ 42,707 | | $ 6,051 | $ 36,656 | $ 32,823 |
| 1/1 - 12/31 | 2009 | 36 | $ 35,404 | 2.5% | $ 37,219 | $ 44,737 | | $ 6,339 | $ 38,399 | $ 32,921 |
| 1/1 - 12/31 | 2010 | 37 | $ 35,404 | | $ 37,219 | $ 45,722 | | $ 6,478 | $ 39,243 | $ 32,214 |
| 1/1 - 12/31 | 2011 | 38 | $ 35,404 | | $ 37,219 | $ 46,727 | | $ 6,621 | $ 40,107 | $ 31,521 |
| 1/1 - 12/31 | 2012 | 39 | $ 35,404 | 2.4% | $ 38,127 | $ 48,920 | | $ 6,931 | $ 41,989 | $ 31,596 |
| 1/1 - 12/31 | 2013 | 40 | $ 35,404 | | $ 38,127 | $ 49,996 | | $ 7,084 | $ 42,912 | $ 30,917 |
| 1/1 - 12/31 | 2014 | 41 | $ 35,404 | | $ 38,127 | $ 51,096 | | $ 7,240 | $ 43,856 | $ 30,253 |
| 1/1 - 12/31 | 2015 | 42 | $ 35,404 | 2.4% | $ 39,035 | $ 53,463 | | $ 7,575 | $ 45,888 | $ 30,308 |
| 1/1 - 12/31 | 2016 | 43 | $ 35,404 | | $ 39,035 | $ 54,640 | | $ 7,742 | $ 46,898 | $ 29,656 |
| 1/1 - 12/31 | 2017 | 44 | $ 35,404 | | $ 39,035 | $ 56,834 | | $ 8,053 | $ 48,781 | $ 29,118 |
| 1/1 - 12/31 | 2018 | 45 | $ 35,404 | 2.3% | $ 39,942 | $ 60,491 | | $ 8,571 | $ 51,920 | $ 29,253 |
| 1/1 - 12/31 | 2019 | 46 | $ 35,404 | | $ 39,942 | $ 62,920 | | $ 8,915 | $ 54,005 | $ 28,722 |
| 1/1 - 12/31 | 2020 | 47 | $ 35,404 | | $ 39,942 | $ 65,446 | | $ 9,273 | $ 56,173 | $ 28,200 |
| 1/1 - 12/31 | 2021 | 48 | $ 35,404 | | $ 39,942 | $ 68,074 | | $ 9,645 | $ 58,429 | $ 27,688 |
| 1/1 - 12/31 | 2022 | 49 | $ 35,404 | | $ 39,942 | $ 70,808 | | $ 10,033 | $ 60,775 | $ 27,185 |
| 1/1 - 12/31 | 2023 | 50 | $ 35,404 | | $ 39,942 | $ 73,651 | | $ 10,435 | $ 63,216 | $ 26,691 |
| 1/1 - 12/31 | 2024 | 51 | $ 35,404 | | $ 39,942 | $ 76,609 | | $ 10,854 | $ 65,754 | $ 26,206 |
| 1/1 - 12/31 | 2025 | 52 | $ 35,404 | | $ 39,942 | $ 79,685 | | $ 11,290 | $ 68,394 | $ 25,730 |
| 1/1 - 12/31 | 2026 | 53 | $ 35,404 | | $ 39,942 | $ 82,885 | | $ 11,744 | $ 71,141 | $ 25,263 |
| 1/1 - 12/31 | 2027 | 54 | $ 35,404 | | $ 39,942 | $ 86,213 | | $ 12,215 | $ 73,998 | $ 24,804 |
| 1/1 - 12/31 | 2028 | 55 | $ 35,404 | | $ 39,942 | $ 89,675 | | $ 12,706 | $ 76,969 | $ 24,353 |
| 1/1 - 12/31 | 2029 | 56 | $ 35,404 | | $ 39,942 | $ 93,276 | | $ 13,216 | $ 80,060 | $ 23,911 |
| 1/1 - 12/31 | 2030 | 57 | $ 35,404 | | $ 39,942 | $ 97,021 | | $ 13,747 | $ 83,275 | $ 23,477 |
| 1/1 - 12/31 | 2031 | 58 | $ 35,404 | | $ 39,942 | $ 100,917 | | $ 14,299 | $ 86,619 | $ 23,050 |
| 1/1 - 12/31 | 2032 | 59 | $ 35,404 | | $ 39,942 | $ 104,970 | | $ 14,873 | $ 90,097 | $ 22,631 |
| 1/1 - 12/31 | 2033 | 60 | $ 35,404 | | $ 39,942 | $ 109,185 | | $ 15,470 | $ 93,715 | $ 22,220 |
| 1/1 - 12/31 | 2034 | 61 | $ 35,404 | | $ 39,942 | $ 113,569 | | $ 16,091 | $ 97,478 | $ 21,817 |
| 1/1 - 12/31 | 2035 | 62 | $ 28,766 | | $ 32,453 | $ 95,980 | $ 9,673 | $ 14,222 | $ 91,431 | $ 19,316 |
| 1/1 - 12/31 | 2036 | 63 | | | | | $ 53,658 | $ 3,453 | $ 50,206 | $ 10,012 |
| 1/1 - 12/31 | 2037 | 64 | | | | | $ 55,813 | $ 3,591 | $ 52,222 | $ 9,830 |
| 1/1 - 12/31 | 2038 | 65 | | | | | $ 58,054 | $ 3,735 | $ 54,319 | $ 9,652 |
| 1/1 - 12/31 | 2039 | 66 | | | | | $ 60,386 | $ 3,885 | $ 56,500 | $ 9,476 |
| 1/1 - 12/31 | 2040 | 67 | | | | | $ 62,810 | $ 4,041 | $ 58,769 | $ 9,304 |
| 1/1 - 12/31 | 2041 | 68 | | | | | $ 65,333 | $ 4,204 | $ 61,129 | $ 9,135 |
| 1/1 - 12/31 | 2042 | 69 | | | | | $ 67,956 | $ 4,373 | $ 63,584 | $ 8,969 |
| 1/1 - 12/31 | 2043 | 70 | | | | | $ 70,685 | $ 4,548 | $ 66,137 | $ 8,806 |
| 1/1 - 12/31 | 2044 | 71 | | | | | $ 73,523 | $ 4,731 | $ 68,793 | $ 8,646 |
| 1/1 - 12/31 | 2045 | 72 | | | | | $ 76,476 | $ 4,921 | $ 71,555 | $ 8,489 |
| 1/1 - 12/31 | 2046 | 73 | | | | | $ 79,547 | $ 5,118 | $ 74,428 | $ 8,335 |
| 1/1 - 12/31 | 2047 | 74 | | | | | $ 82,741 | $ 5,324 | $ 77,417 | $ 8,184 |
| 1/1 - 12/31 | 2048 | 75 | | | | | $ 86,063 | $ 5,538 | $ 80,526 | $ 8,035 |
| 1/1 - 12/31 | 2049 | 76 | | | | | $ 89,519 | $ 5,760 | $ 83,759 | $ 7,889 |
| 1/1 - 9/12 | 2050 | 77 | | | | | $ 69,835 | $ 4,493 | $ 65,342 | $ 5,809 |
| | | | | | | | | | SUB-TOTAL | $ 942,623 |
| | | | | | | | | | TOTAL | $ 1,011,276 |

PV CPI

| INFLATION AND INTEREST RATES TO 2016 AND BEYOND | | | | | | |
|---|---|---|---|---|---|---|
| **HISTORIC INFLATION AND INTEREST RATES:** | | | | | | |
| INDEX OF COMP PER HOUR (ICH): | | | | BONDS, 1959 - 2005: | | |
| 1959 - 2005 | | 5.55% | | 3-MONTH TREAS: | | 5.54% |
| LESS 1% | | 4.55% | | 3-YEAR TREAS: | | 6.54% |
| CONSUMER PRICE INDEX: | | | | 10-YEAR TREAS: | | 6.95% |
| 1959 - 2005 | | 4.02% | | AAA PAPER: | | 7.77% |
| CPI FOR MED CARE: | | | | Baa PAPER: | | 8.75% |
| 1959 - 2005 | | 6.07% | | HI GRADE MUNI: | | 6.00% |
| CPI FOR MED COMM: | | | | | | |
| 1959 - 2005 | | 3.93% | | | | |
| CPI FOR MED SERV: | | | | | | |
| 1959 - 2005 | | 6.49% | | | | |
| CPI FOR HNL: | | | | | | |
| 1982 - 2005 | | 3.14% | | | | |
| SOURCES: | | | | | | |
| | CEA, ECONOMIC REPT OF PRES, 06, TABLES B-49, B-60, B-61, B-73 | | | | | |
| | BLS, DETAILED CPI TABLES | | | | | |
| | HI DBEDT, QRTLY FORECAST, Q12 2006, MAY 2006 | | | | | |
| **PROJECTED INFLATION AND INTEREST RATES:** | | | | | | |
| EARNINGS INFLATION: | | CPI | ADJ | CPI | | |
| 2006 | | 3.30% | 1.0000 | 3.30% | | |
| 2007 | | 2.60% | 1.0000 | 2.60% | | |
| 2008-16 | | 2.20% | 1.0000 | 2.20% | | |
| POST 2016 | | | | 4.02% | | |
| INTEREST RATES: | | 10 YR | 3YR/10YR | 3 YR | | |
| 2006 | | 5.40% | 0.9412 | 5.08% | | |
| 2007 | | 5.31% | 0.9412 | 5.00% | | |
| 2008-16 | | 5.20% | 0.9412 | 4.89% | | |
| POST 2016 | | | | 6.54% | | |
| FORECAST SOURCES: | | | | | | |
| | 2006-07: FRB PHILA, SURV OF ECON FCSTS, JUNE 7, 2006 | | | | | |
| | 2008-16: US CBO, BUDGET & ECON OUTLOOK UPDATE, JAN. 06, TABLE E-1 | | | | | |

D

## QUALIFICATIONS OF THE WITNESS

NAME: Dr. Jack P. Suyderhoud

TITLE: Professor of Business Economics
College of Business Administration
University of Hawaii at Manoa
2404 Maile Way
Honolulu, Hawaii 96822

**EDUCATION:**

Ph.D., Economics, Purdue University (August 1978)
MS, Economics, Purdue University (December 1972)
B.S. (Cum Laude), Economics and Mathematics, Jamestown College (May 1971)

**EMPLOYMENT HISTORY:**

Professor (August 1978-present), College of Business Administration, University of Hawaii, Honolulu.

Acting Dean (July - December, 1999), Associate Dean (1996-2000), College of Business Administration, University of Hawaii, Honolulu.

Executive Director, Tax Review Commission, State of Hawaii, September 1983-December 1984.

Visiting Associate Professor, San Jose State University, Department of Quantitative Methods, Summer 1987.

Adjunct Instructor, Central Michigan University, Hawaii Center, Honolulu, 1980-1983.

Visiting Assistant Professor, Department of Economics, Purdue University, West Lafayette, Indiana, 1977-1978.

Assistant Professor, Department of Economics, Eastern Michigan University, Ypsilanti, Michigan, 1975-1977.

Research Associate, Advisory Commission on Intergovernmental Relations, Washington, D.C., 1974-1975.

**PROFESSIONAL AFFILIATIONS:**

4

Academy of International Business; American Economic Association; National Tax Association (Past Chairman of Intergovernmental Fiscal Relations Committee); National Association of Forensic Economists; Western Economic Association; Hawaii Economic Association (Past President); Western Tax Association (Past President).

**TEACHING AND SERVICE AWARDS:**
Business Administration, *Kaizen Service Award* (1993 and 1995). University of Hawaii, *Presidential Citation for Meritorious Teaching* (1992); First Interstate Bank, *Dennis Ching Award for Excellence in Teaching* (1991); Graduate Business Student Association, *Professor of the Year*, winner (1987) and runner-up (1990); College of Business Administration, *Teaching Award* (1988); Executive MBA Student, *Outstanding Professor Award* (1983); College of

**QUALIFIED AS EXPERT WITNESS ON ECONOMIC MATTERS:**
State of Hawaii Circuit Courts on Oahu, Maui, Kauai, and Hawaii.
U.S. District Courts in Hawaii and Orange County, California.
Superior Court, Commonwealth of the Northern Marianas Islands.

**CONSULTING CLIENTS:**
Numerous attorneys for whom I provide expert testimony on economic issues. (On going)

State of Hawaii, Department of Business, Economic Development, and Tourism, Strategic Industries Division, Energy Branch: gasoline prices and price cap policies in Hawaii (2004-2005)

AIG Hawaii: assessment of Hawaii insurance tax credit (1997 and 1999)

American Samoa Government: evaluation of minimum wage statutes (1995)

Hawaii State AFL-CIO: evaluation of state unemployment insurance fund balance adequacy (1991)

Amfac Distribution Comp.: forecasting model for sales. (1991)

Government of Guam: evaluation of tax incentives for economic development. (1989-90)

County of Hawaii Planning Department: economic and government revenue forecasting . (1986-1989, and 1999)

National Education Association, Washington, D.C.: state revenue diversification (1988) and state income taxes (1987).

5

Hawaii Natural Energy Institute: economics of hydrogen and methanol production from renewable resources (1985-1988); economic analysis of alternate energy, (1980)

Pacific Basin Development Council: air transportation economics for U.S. flag Pacific islands. (1984)

**PUBLICATIONS:**
**Refereed journal articles:**
Jack P. Suyderhoud, "Ocean Adventures," Case Research Journal, V. 23, No. 3, Summer 2003, pp. 121-128. Reprinted in *Cases in Entrepreneurship and Small Business Management* (tentative), Kirk Heriot (Editor), January 2005, Prentice-Hall.
Jack P. Suyderhoud and Lisa A. Chun, "Taxes and the Calculation of Future Medical Expenses," Journal of Forensic Economics, V. 9, No. 1, Winter 1996, pp. 23-44.
Jack P. Suyderhoud and Richard L. Pollock, "Policy Issues and Employee Choices Related to State-Local Pension Plans," Western Tax Review, V. 11, No. 1-2, Winter 1995.
Jack P. Suyderhoud, "State-Local Revenue Diversification, Balance, and Fiscal Performance," Public Finance Quarterly, V. 22, No. 2, April 1994, pp. 168-194.
Jack P. Suyderhoud, Thomas A. Loudat, and Richard L. Pollock, "Cumulative Tax Rates on the Working Poor: Evidence of a Continuing Poverty Wall," Journal of Economic Issues, V. 28, No. 1, March 1994, pp. 155-171.
Jack P. Suyderhoud, Richard L. Pollock, and W. Ron Singleton, "Measuring State Income Tax Expenditures; A Pragmatic View of Income Tax Base Erosion," Public Budgeting and Financial Management, V. 5, No. 2, 1993, pp. 417-442.
Jack P. Suyderhoud and K.K. Seo, "Tax Design and the Meddling Factor," Public Budgeting and Finance, V. 12, No. 4, Winter 1992, pp. 35-46.
Richard L. Pollock and Jack P. Suyderhoud, "An Empirical Window on Expectations Formation," The Review of Economics and Statistics, V. 74, No. 2, May 1992, pp. 320-324.
Jack P. Suyderhoud, "International Aspects of Public Finance Education," Western Tax Review, V. 9, No. 1, 1991, pp. 115-132.
Jack P. Suyderhoud and Richard L. Pollock, "Current Versus Ultimate Life Expectancies: Perceptions and Implications," Journal of Forensic Economics, V. 4, No. 1, 1990, pp. 101-115.
Jack P. Suyderhoud, "Effects of TRA86 on Business Incentives Provided By ASEAN Countries," Western Tax Review, V. 8, No. 1 (Winter 1990), pp. 206-226.
Jack P. Suyderhoud, "State-Local Revenue Diversification: An Empirical Tempest in a Teapot," Western Tax Review, V. 7, No. 1 (Winter 1989), pp. 160-181.
Richard L. Pollock and Jack P. Suyderhoud, "The Role of Rainy Day Funds in Achieving Fiscal Stability," National Tax Journal, V. 34, No. 4, (December 1986), pp. 485-497.
Jack P. Suyderhoud, M. Wali Osmanzai, and Wesley H. Hillendahl, "Are Bank Economists Bridging the Gap Between Analysis and Corporate Decision Making," Business Economics, V. 17, No. 4 (September 1982), pp. 5-10.
John M. Strefeler and Jack P. Suyderhoud, "Piggybacking—A Free Ride With No Takers," Journal of the American Taxation Association," (Winter 1980), pp. 42-48.

6

Jack P. Suyderhoud and Michael A. Veseth, "The Effect of Inflation on the Income Elasticity of Taxes," <u>Public Finance Quarterly</u>, V. 4, No. 3 (July 1976), pp. 323-337.

**Popular press book chapters:**

Jack P. Suyderhoud, "Government Size", in Randall W. Roth (ed.), <u>The Price of Paradise—Lucky You Live Hawaii?</u>, Mutual Publishing, Honolulu, 1992, pp. 53-56; reprinted in Japanese in, Randall Roth and Hiroyuki Hata (eds.), <u>The Price of Paradise</u>, Yushindo Kobunsha Publishing, Tokyo, 1995, pp. 204-208.

Jack P. Suyderhoud, "Taxing Retirement Income", in Randall W. Roth (ed.), <u>The Price of Paradise—Lucky You Live Hawaii?</u>, Mutual Publishing, Honolulu, 1992, pp. 99-103.

Jack P. Suyderhoud, "Business Taxes", in Randall W. Roth (ed.), <u>The Price of Paradise--Lucky You Live Hawaii?</u>, Mutual Publishing, Honolulu, 1992, pp. 129-133.

**Refereed conference proceedings:**

S.H. Browne, P.K. Takahashi, and J.P. Suyderhoud, "Evaluation of Hydrogen Production Processes," <u>International Renewable Energy Conference Proceedings</u>, Honolulu, September 1988.

Richard L. Pollock and Jack P. Suyderhoud, "The Problems and Prospects of Focusing a State Tax Review," <u>Proceedings of the 78th Annual Conference on Taxation, 1985</u>, National Tax Association - Tax Institute of America.

Jack P. Suyderhoud, "The Role of Risk Assessment in the DSS Evaluation Process," <u>Proceedings of the 16th Annual Hawaii International Conference on System Sciences, 1983</u>, pp. 507-511.

Jack P. Suyderhoud, "A Systematic Approach to Risk Assessment for EDP/MIS/DSS Projects," <u>Proceedings of the 14th Annual Meeting of the American Institute of Decision Sciences, 1982</u>, pp. 174-176.

Jack P. Suyderhoud, D. Richard Neill and Patrick Takahashi, "Real World Economics of Wind Energy," <u>Proceedings of the National Conference of the American Wind Energy Association</u>, 1982.

Jack P. Suyderhoud and John M. Strefeler, "Preferential Treatment of Alternate Energy Sources and Energy Conservation," <u>Proceedings of the 72nd Annual Conference on Taxation, 1979</u>, National Tax Association - Tax Institute of America, pp. 275-293.

Non-Refereed Conference Papers:

Jack P. Suyderhoud, "Economic Analysis in Personal Injury," in <u>Proof of Personal Injury Damages in Hawaii</u>, Professional Education Systems, Inc. Eau Claire, Wisconsin, 1990.

Jack P. Suyderhoud, "Hawaii's Energy Economy and Hydrogen Economics," <u>Proceedings of the Third International Symposium on Hydrogen Produced From Renewable Energy</u>, Hawaii Natural Energy Institute, Honolulu, May 1986. (INVITED)

7

**Jack P. Suyderhoud, Ph.D.**
Economist
7149 Kukii Street
Honolulu, Hawaii 96825
Phone 808-395-8031; Fax 808-395-1876

### RATES FOR ECONOMIC CONSULTATION (effective 1/1/06)

| | |
|---|---|
| Research, Analysis, Communications, Report Preparation: | $275.00 per hour |
| Deposition Testimony: | $300.00 per hour |
| Court Testimony: | $1,500 per 1/2 day |
| Additional expenses (such as travel and travel time): | extra |

## Testimony Provided by Jack Suyderhoud

| Date | Case Name | Retaining Attorney | Pltf/Def | Trial | Depo | Trial Court f=fed; s=state; a=arb | Civil No. |
|---|---|---|---|---|---|---|---|
| 6/29/06 | Gervin v. Medeiros | Michael O'Conner | P | X | | S | 02-1-1129-05 |
| 3/8/06 | Hopkins v. DOE | Dennis Potts | P | | X | S | |
| 10/20/05 | Barcai v. Betwee | Mike Tateishi | P | X | | S | 92-0874(2) |
| 8/25/05 | Luke v. Matsuo | William Hunt | D | | X | S | 03-1-2007-10 (VSM) |
| 4/5/05 | White v. State Farm | Patricia Wall | D | | | A | 02-1-0367(2) |
| 3/29/05 | Ohashi v. Tomita | Robert Kim | P | | x | s | 02-1-0185K |
| 2/17/05 | Yoshinaga v. Honolulu Advertiser | Gary Okubo | P | | X | S | (03-1-1041-05) |
| 12/22/04 | Bedellion v Straub | Charles Ferrera | P | | X | F | 05-00073 HG BMK |
| 11/24/04 | Kim v. Filleul | Wade Katano | D | | X | S | 02-1-2451-10 (RWP)) |
| 8/25/04 | Yamane (Duong) v Pohlson | Daniel Morris | P | | X | S | 01-1-0940-03 |
| 8/10/04 | Dotson v. Roscoe Moss Hawaii | Michelle Luke | D | X | X | S | 01-1-0628 (3) |
| 8/2/04 | Ibara v. Aloha Tower | D. O'Connor Jr. | D | | X | S | 03-1-000223 (VSM) |
| 7/29/04 | Wendt v. USA | Mike Livingston | P | X | | F | 03-00184 DAE-BMK |
| 6/1/04 | Houser v. Aston Hotels | James Myhre | D | | X | S | 03-00029 SOM LEK |
| 7/9/04 | Nacapuy v. | Ronald Au | P | X | X | S | |
| 4/21/04 | Warhola v. Hartford Underwriters | Wesley Ching | D | X | | A | mediation |
| 4/16/04 | Pulawa v GTE | Ronald Shigekane | D | | X | S | 98-3683-08 DDD |
| 2/18/04 | Kaeo v. Mitsunage | Charles Ferrera | p | | x | | 99-2968-08 |
| 1/14/04 | HonHawaii v. | Howard Glickstein | p | x | x | a | DPR 01-0120-M/A |
| 12/23/03 | Kealoha v. State | Charles Fell | d | | x | | 01-1-0681(3) |
| 10/24/03 | Chan v. Island Movers | Jeffre Juliano | p | | x | s | CV 02-1-1512-06 |
| 10/9/03 | Tahara v Perry | Jay Friedheim | p | x | | s | |
| 9/29/03 | Flowers v Sause Brothers | Preston Easley | p | x | | f | 02-00149 SOM-BMK) |
| 8/28/03 | Chang v. Tom | Craig Kugisaki | P | | X | S | 01-1-3033-10 (VSM) |
| 8/22/03 | Luberts v Moore | Gregg Young | P | | X | s | |
| 6/16/03 | Sim v. Mitsubishi | Kevin Yuen | p | x | | f | 00-00667 LEK |
| 6/2/03 | Weber v. Eco-Adventures | Howard McPherson | p | | x | f | 02-00596 ACK/BMK |
| 5/7/03 | Strausser v. Lowe's | James Krueger | p | | x | f | 01-00726 SOM/KSC |

9

| Date | Case | Attorney | p/d | x | x | s/f/a | Case No. |
|---|---|---|---|---|---|---|---|
| 4/22/03 | Burns v. UnumProvident | John O'Neill | p | | x | f | 00-00804 BMK |
| 4/1/03 | Eida v. Meiji Seika | Jim Dandar | p | | x | f | 02-00055 DAE-KSC |
| 3/18/03 | Ochs v. HMSA | Stephen Means | d | | x | s | 01-1-0459(3) |
| 1/22/03 | Zanakis v. Emmis | Bruce Voss | d | x | | f | 01-00661 DAE/BMK |
| 12/16/02 | Kubeckova | Mark Galagher | p | x | x | s | 00-1-1207-04 (DDD) |
| 12/6/02 | Adams | D. Gierlach | p | | | s | 95-0960 (1) |
| 10/11/02 | Bayne & Kahakai | Bickerton | p | x | | s | |
| 8/9/02 | Maxwell | Preston Easley | p | | x | s | 98-00724 ACK |
| 7/19/02 | Granados | Janice Kim | p | | x | s | 99-0178-01 (RWP) |
| 7/17/02 | Ua | Preston Easley | p | | x | f | 00-00654 SPK-LEK |
| 4/5/02 | Bosque | J. Kim | p | x | | s | 98-0-002624 |
| 2/4/02 | Li (Cai) | C. Bouslog | p | | x | s | 00-1-0152-01(RWP) |
| 1/31/02 | McKenzie | G. Ching | d | | x | s | 00-01-147 |
| 11/28/01 | Darlington | R. Nishida | d | | x | s | 97-0892(2) |
| 11/28/01 | Darlington | R. Nishida | d | | x | s | 97-0892(2) |
| 10/22/01 | Hirata | K. Fukunaga | d | | x | s | 00-1-2099-07 GWBC |
| 10/16/01 | Richter v Richter | Dewa | d | x | | family ct | |
| 10/01/01 | Liwai | L. Phillips | p | | x | s | CV00-00176DAE KSC |
| 09/17/01 | Nada | G. Kidani | p | | x | s | 99-0-001336(vsm) |
| 08/29/01 | Buscher | S. Masui | p | x | x | s | 99-220K |
| 07/25/01 | Ousley | J. Levitt | p | | x | s | |
| 07/24/01 | Klink v State | G. Berticevich | p | x | x | s | |
| 07/17/01 | Bhakta et al. | A. Phillips | p | x | x | s | 99-0074(1) |
| 06/19/01 | Gaylord | Wes Ching | d | | | a | |
| 06/04/01 | Thai | V. Carpenter-Asul | p | | x | a | 99-3246-08 |
| 05/17/01 | Howard v State | M. Green | p | x | x | s | 98-2818-07(GWBC) |
| 05/15/01 | Hoohuli | J. Leavitt | p | x | x | Guam | CV2377 98 |
| 04/26/01 | Evans et al v State | M. Green | p | x | x | s | 97-1908-05 |
| 03/08/01 | Antone v Kaiser | C. Dias | p | | x | s | 99-1772-04 |
| 03/07/01 | Chun | D. Kagawa | p | | x | s | |
| 01/08/01 | Mitobe | Parsons | p | | x | s | |
| 12/21/00 | Kimura | Epstein | d | | | a | |
| 11/09/00 | Dollente | Easley | p | x | | f | |
| 11/02/00 | Callender | Ferrer | p | | x | s | 99-0468(2) |
| 10/12/00 | LaCuesta/Ibarra | Okamoto | p | | x | | 99-0348(1) |
| 09/12/00 | Brown | Akamine | d | | | a | 98-00964ACK |
| 09/08/00 | Morito | Kamelamela | d | | x | s | |
| 09/06/00 | Kraan | Shirley | p | | | a | |
| 08/08/00 | Blind Vendors | Shirley | p | x | | s | 96-3011-07 |
| 06/20/00 | Uchima | Ching | d | x | | s | |
| 06/02/00 | Hussey | Masui | p | | x | s | 98-1397-03 |
| 05/27/00 | Uchima | Gale Ching | d | | x | s | |
| 05/04/00 | Crimmins | Friedheim | p | | x | s | |
| 04/05/00 | Franca | Soldner | p | x | x | s | 98-1225-03 |
| 03/21/00 | Francisco | Hosoda | p | | x | s | 98-0230 |
| 03/10/00 | Enos | Yempuku | p | x | | s | |

| Date | Party | Opponent | Side | X1 | X2 | Result | Case No. |
|---|---|---|---|---|---|---|---|
| 03/09/00 | Senter Petroleum | Proudfoot | p | | x | s | 97-0020 (97-0280) |
| 02/23/00 | Bunch, et al | Yuen | p | x | | f | 98-01011 |
| 02/09/00 | Soares | Cohen | p | | x | s | 98-209(3) |
| 02/03/00 | Ng | Masui | p | | x | s | 97-3912-09 |
| 01/18/00 | Habib | Bernstein | p | | | a | |
| 01/12/00 | Campos | Meheula | p | | x | s | 98-1355-03 |
| 10/12/99 | Wilson | Kodish | d | | x | s | |
| 09/16/99 | Stalter | Soldner | p | | x | s | |
| 08/31/99 | Villalon | Robert Keogh | p | | x | f | |
| 08/16/99 | Kraan | Evan Shirley | p | | x | s | |
| 07/26/99 | Tollefson | Charles Ferrera | p | | x | s | |
| 07/09/99 | Clark | James Krueger | p | x | | f | |
| 05/26/99 | Burke | Gerald Johnson | p | x | | f | |
| 05/26/99 | De Silva | James Krueger | p | x | | s | |
| 03/18/99 | Brodie | Robt Mash | d | | x | s | 96-0691(1) |
| 02/18/99 | MacMillan | John O'Neill | p | | x | s | |
| 12/22/98 | Patterson | Leavitt | p | | x | s | |
| 12/11/98 | Dudoit | Turbin | p | | x | a | |
| 12/04/98 | Reynolds | Janice Kim | p | | x | s | |
| 10/27/98 | Hale | Frame | d | | x | s | |
| 10/20/98 | Armitage | Wolsztyniak | p | | x | s | |
| 10/03/98 | Nakai | Colon | p | x | | s | |
| 09/18/98 | Mara | Daniel Lotenschtein | p | | x | s | |
| 07/17/98 | McGrath | Stuart Kodish | p | | x | s | |
| 07/14/98 | Hilton | Louis Wai | p | x | | s | |
| 07/09/98 | Goo | Mitzi Lee | d | | | a | |
| 04/24/98 | Avergonzado | Hoke | p | | x | s | |
| 04/14/98 | Dmitrijev | Soldner | p | | x | s | |
| 04/07/98 | Plouffe | Louie | d | | x | s | |
| 04/02/98 | Kalawaai | Peres-Mesa | d | | | a | |
| 03/11/98 | LaCorte | Ferrera | p | | x | s | |

11