JAMES IREIJO    HI Bar: 1927
P. O. Box 576
Cool, CA 95614-0576
Tel: 530-885-4133
Fax: 530-885-1322
Hnl Tel: 808-988-7720
email: waikikilawyer@thegrid.net

Attorney for Plaintiff
JOHN RENO

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOHN RENO, | CASE NO: CV02-808 MEA KSC |
| Plaintiff, | PLAINTIFFS' DISCLOSURE OF EXPERT WITNESS (DR. BERNARD A. MICHLIN) EXHIBIT "A"; CERTIFICATE OF SERVICE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS
(DR. BERNARD A. MICHLIN)**

Comes now, the Plaintiff, John Reno, by his Attorney, James Ireijo,

pursuant to Federal Rules Of Civil Procedure, Rule 26(a)(2), makes disclosure of

1

his expert witness with regard to <u>breach of the medical standard of care and proximate cause</u> of Plaintiff's injuries and damages in this case.

Dr. Michlin has presented his opinion by way of Declaration filed herein on December 15, 2005, with Plaintiff's Status Conference Report, and hereby discloses his CV, List of Publications, and trial testimony within the last four years, attached herein as Exhibit "A".

DATED: Cool, CA, July ___, 2006.


/s/ JAMES IREIJO

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

**Served Electronically through CM/ECF:**

R. Michael Burke, Esq.          mike.burke@usdoj.gov   On July 5, 2006

and via deposit in the U.S. Mail Box, first-class mail, postage prepaid at Cool, CA on July 5, 2006.

DATED: Cool, CA, July5, 2006.


/s/ JAMES IREIJO