**Bernard A. Michlin MD**

Internal Medicine

6367 Alvarado Court
Suite 200
San Diego, CA 92120
619/583-1954

Board Certified

Atty James Ikeijo

Fax: 530-885-1322

Pages: , including this cover sheet. 9

From: Jan Atwell for
Dr B Michlin

Date: 7-5-06

Comments: Our transcriptionist is out today - add to Court Testimony June 28, 2006 arbitration hearing. Questions — please call me

The information contained in this fax is intended only for the personal and confidential use of the recipient designated above. As such, it may be both privileged and confidential. If the reader of this message is not the intended recipient or duly authorized agent responsible, you are hereby notified that this document has been received in error. If you have received this communication in error, please notify us immediately by phone. If this telecopier message involves a clinical record, the designated recipient shall not release any part of it except as provided by California State Law. We appreciate your courtesy.

# fax

T R A N S M I S S I O N

## RECORD OF DEPOSITIONS

### Bernard A. Michlin, M.D.
February 9, 2006

| YEAR | MONTH/DATE | ATTORNEY | CASE |
|---|---|---|---|
| 2002 | January 14 | Neil Bahan | Bakst |
| | January 29 | Bob Rochelle | Olson vs. Ice Chalet |
| | February 21 | David Miller | Allegrete |
| | March 28 | Joel Maiorano | Jennings |
| | June 5 | Nuget | Donna Mitchell |
| | September 26 | Jan Mulligan | Winters |
| | October 30 | Alton Smith | Shelton |
| | December 2 | David Speckman | Yoshi & Herrani |
| 2003 | January 13 | Barry Novak | Biggs |
| | May 12 | Gustafson | Rahenkamp vs. Jupiter Medical Center |
| | June 12 | Tom Diachenko | Manchen vs. Schlitt |
| | September 3 | Finkelstein | Watrous |
| | November 17 | Gustafson | Rahenkmp vs. Jupiter Medical Center |
| | December 23 | Tom Diachenko | Hooker vs. Cervantes |
| 2004 | January 19 | Richard Turbin | MacKenzie vs. Hawaii |
| | October 12 | Dale Hays (Pat Price) | Underwood |
| 2005 | February 15 | Jim McElroy | Friedman vs. Scripps |
| | April 28 | Alton Smith | Gonzalez |
| | May 11 | Michael Kaplan | Freeman |
| | May 19 | Michael Kaplan | Freeman |
| 2006 | January 27 | Tim Latro | Edith Bradshaw |

## RECORD OF COURT CASES

**Bernard A. Michlin, M.D.**
February 9, 2006

| YEAR | MONTH/DATE | ATTORNEY | CASE |
|------|------------|----------|------|
| 2002 | September 3 | Barry Novak | Biggs |
| 2003 | June 27 | Gilbert, Kelly, Crawford & Jennett | Cruz vs. Hill |
| 2004 | October 18 | Don Shreve | Adams vs. Anget |

## BERNARD A. MICHLIN, M.D., F.A.C.P.

6367 Alvarado Court, Suite 200
San Diego, CA 92120
619.583.1954

## EXPERIENCE

### MICHLIN INTERNATIONAL MEDICINE GROUP

Sole proprietor, 1982 to Present
Associate Clinical Professor of Medicine, Stanford University Medical School,
Department of Family and Community Medicine, precepting and teaching since
1992

## EDUCATION

### COLLEGE OF MEDICINE AND DENTISTRY OF NEW JERSEY

Doctor of Medicine, 1979
Resident in Internal Medicine, 1979 to 1982

### UNIVERSITY OF SOUTHERN CALIFORNIA

Bachelor of Science, 1974

## CERTIFICATES AND LICENSES

Fellow of American Board of Internal Medicine, January, 2006
American Board of Internal Medicine, 1982
State of California Physician and Surgeon license #G43755, 1982 to present

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| DRG DIRECTOR at AMI Valley Hospital, El Cajon, CA | 1983-1989 |
| DIRECTOR of AMI Valley Hospital Medi-Van | 1983-1989 |
| DIRECTOR of Mission Bay Valley Home Health | 1992-1993 |
| PRESIDENT of San Diego Quality Care Medical Group, IPA | 1986-1990 |
| CLINICAL INSTRUCTOR in the Department of Community and Family Medicine at UCSD School of Medicine | 1986-1990 |
| CO-DRG DIRECTOR at Alvarado Hospital, San Diego | 1987-1995 |
| CHIEF OF MEDICINE AND DIRECTOR of Medical Education, College Park Hospital, San Diego | 1982-1983 |
| SPOKESPERSON, Southwest Regional Abbott Laboratory | 1987-1992 |
| CONSULTANT for the Department of Social Security Disability, State of California | 1982 – Present |

BERNARD A. MICHLIN, M.D.
Page 2

## PROFESSIONAL ACTIVITIES *(continued)*

| | |
|---|---|
| DIRECTOR of Primary Care Medical Group Development, Alvarado Hospital, San Diego | 1992 – 2001 |
| MEDICAL DIRECTOR AND PRINCIPLE INVESTIGATOR, Wetlin Research Associates, Inc. | 1998 – Present |
| MEDICAL DIRECTOR at Telecare Cresta Loma | 1999 – Present |
| MEDICAL DIRECTOR at Royal Home Telecare Choices (C.M.H.) | 2000 – Present |
| MEDICAL PRECEPTOR, Stanford University School of Medicine | 1992 – Present |
| Member of Board of Directors, Alvarado Hospital, Associates | 1992-1994 |
| Member of Invasive Cardiology Committee, Alvarado Hospital, San Diego | 1993-1994 |
| Member of Surgical Supervisory Committee, Alvarado Hospital, San Diego | 1993 – Present |
| Member of Medical Supervisory Committee, Alvarado Hospital, San Diego | 1993 – 1996 |
| | 1999 - 2004 |

## HOSPITAL AFFILIATIONS

Alvarado Hospital, San Diego, CA
Grossmont Hospital, La Mesa, CA
Scripps Mercy Hospital, San Diego, CA
University Community Medical Center, San Diego, CA

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| San Diego County Medical Society | 1982 – Present |
| California Medical Society | 1982 – Present |
| American Medical Association | 1982 – Present |
| American College of Physicians | 1982 - Present |
| American Society of Internal Medicine | 1982 – Present |

BERNARD A. MICHLIN, M.D.
Page 3


## RESEARCH

- Bio-Technology General Corporation Protocol #M012: A Phase IV, open-label evaluation of the effect of Oxandrolone on body weight and composition and pulmonary function in patients with chronic obstructive pulmonary disease and associated involuntary weight loss. (1998)

- Amgen, Inc. Protocol #NESP 980211: A phase II, open-label, randomized study of Novel Erythropoiesis Stimulating Protein (NESP and recombinant human erythropoietin (r-HuEPO) for the treatment of anemia in patients with End-Stage Renal Disease (ESRD) receiving dialysis. (1998)

- SmithKline Beecham Pharmaceuticals. Protocol #BRL49653C/135: A two-year randomized, double-blind, parallel group study to compare the efficacy, safety and tolerability of Rosiglitazone versus placebo in combination with Glipizide in elderly patients with Type II diabetes mellitus who are inadequately controlled on maximum Glipizide therapy. (1999)

- SmithKline Beecham Pharmaceuticals. Protocol #SB207499/039: A randomized, 24 week, double-blind, placebo controlled, parallel group study to evaluate the efficacy, safety and tolerability of Ariflo (15 mg. b.i.d.) in patients with Chronic Obstructive Pulmonary Disease (COPD). (1999)

- Knoll Pharmaceutical Company. Protocol #P-85-AF: A double-blind, placebo-controlled, randomized clinical trial of slow release Propafenone (Rhythmol-SR) in the prevention of symptomatic recurrences of atrial fibrillation. (1999)

- Shire Laboratories, Inc. Protocol #LAM-IV-307: An open label, randomized, multi-center, Phase II, comparator controlled parallel group study to assess the long-term safety and efficacy of Lanthanum Carbonate in chronic renal failure patients receiving hemodialysis. (1999)

- Shire Laboratories, Inc. Protocol #LAM-IV-302: A Phase III, dose titration, randomized, double-blind, placebo controlled, parallel group study to assess efficacy and safety of Lanthanum Carbonate for reduction and maintenance of serum phosphorus levels in chronic renal failure patients receiving hemodialysis. (1999)

BERNARD A. MICHLIN, M.D.
Page 4


RESEARCH *(continued)*
_____

- Takeda Pharmaceuticals America, Inc. Protocol #01-00-TL-OP1-506: A randomized comparator controlled, double-blind study of the liver safety of Pioglitazone HCL versus Glyburide with Metformin and Insulin as part of step therapy in subjects with Type II (non-insulin dependent) diabetes. (2000)

- Aventis Pharmaceuticals, Protocol #HMR3647A3014 (Treat Study): A randomized open-label, multi-center trial of the safety and effectiveness of oral Telithromycin (Ketek[R]) and Amoxicillin/Clavulanic Acid (Augmentin[R]) in outpatients with respiratory tract acute sinusitis in usual care settings. (October 2001 – 2002)

- SmithKline Beecham Pharmaceuticals Protocol #SB207499/156 (Ariflo): A randomized, 24-week, double-blind, placebo controlled, parallel-group study to evaluate the efficacy, safety and tolerability of Ariflo™ 15 mg. b.i.d. in patients with chronic obstructive pulmonary disease. (2001)

- SmithKline Beecham Pharmaceuticals Protocol #207499/041: A multi-center, open label extension study to evaluate the safety, tolerability and efficacy of oral Ariflo™ (15 mg. twice daily) in patients with chronic obstructive pulmonary disease. QR file #2244/2220 (August 2001 – March 2002)

- SepraCor/Pharma Research Protocol #091-050: A double-blind, double-dummy, randomized, placebo-and-active-controlled multi-center, parallel-group study of (R, R) – Formoterol in the treatment of subjects with chronic obstructive pulmonary disease. (September 2001 – September 2003)

- SepraCor Protocol #091-060: A multi-center, open-label, randomized, active-controlled, parallel group chronic safety study of (R,R) – Formoterol in the treatment of subjects with chronic obstructive pulmonary disease. (September 2002 – ongoing)

- Genaissance Pharmaceutical Protocol #GNSC-02-SZ-01: A case control investigation exploring the relationship between gene variants (HAPtmMarkers) and agranulocytosis or granulocytopenia in adult patients treated with Clozapine. (October 2002 – October 2004*)


*Study not officially closed, but there are no active patients.

BERNARD A. MICHLIN, M.D.
Page 5

RESEARCH *(continued)*

- CardioDynamics Protocol #200202: Consideration of noninvasive hemodynamic monitoring to target reduction of blood pressure levels (CONTROL). (November 2002 – November 2004*)

- GlaxoSmithKline Protocol #NPP30005: A multi-center, double-blind, randomized study to evaluate the safety and efficacy of Lamotrigine 200 mg/day, 300 mg/day and 400 mg/day compared with placebo in subjects with painful diabetic neuropathy. (February 2003 - November 2003)

- Merck and Company, Inc. Protocol #066: A randomized, double-blind, active-comparator-controlled, parallel-group study to evaluate the safety of Etoricoxib in patients with osteoarthritis or rheumatoid arthritis. (March 2000 – ongoing)

- GlaxoSmithKline Protocol #NPP30006: An open-label study to evaluate the safety of Lamotrigine in subjects with painful diabetic neuropathy. (July 2003 – ongoing)

- Aventis Pharmaceuticals, Inc. Protocol HOE901/4022: Substituting Lantus Glargine for a Thiazolidinedione versus a third oral agent as add-on therapy in patients failing a Thiazolidinedione and Sulfonylurea or Glucophage Combination: A multi-center, controlled, randomized, open label study. September 2003 – ongoing)

- GlaxoSmithKline Protocol S3B30048: A 12-week, randomized, double-blind, placebo-controlled study of p.r.n., b.i.d., and fixed dosing regimens of Alosetron in female subjects with severe diarrhea-predominant irritable bowel syndrome who have failed conventional therapy. (September 2003 – ongoing)

- Purdue Pharma L.P. Protocol BUP3019. A randomized, double-blind, multi-center active comparator study to determine the efficacy and safety of BTDS 20 or OXYIR[R] versus BTDS 5 in subjects with moderate to severe osteoarthritis (OA) pain. (April 2004 – ongoing)

BERNARD A. MICHLIN, M.D.
Page 6

RESEARCH *(continued)*

---

- Pain Therapeutics, Inc. Protocol PTI-801-XH. A multi-center, randomized, double-blind, active- and placebo-controlled, Phase III, efficacy and safety study of Oxycodone HCl and low-dose Naltrexone HCl (PTI-801) in patients with moderate to severe chronic pain due to osteoarthritis of the hip or knee. (June 2004 – ongoing)

*Study not officially closed, but there are no active patients.