JAMES IREIJO    HI Bar: 1927
P. O. Box 576
Cool, CA 95614-0576
Tel: 530-885-4133
Fax: 530-885-1322
Hnl Tel: 808-988-7720
email: waikikilawyer@thegrid.net

Attorney for Plaintiff
JOHN RENO

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN RENO, | ) | CASE NO: CV02-808 MEA KSC |
| | ) | |
| | ) | PLAINTIFF'S CERTIFICATE |
| Plaintiff, | ) | OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of the foregoing document entitled Plaintiff's

Motion To Enlarge Time To Conduct Discovery And For Other Relief was served

1

on the following at his last known address:

**Served Electronically through CM/ECF:**

R. Michael Burke, Esq.   mike.burke@usdoj.gov   On October 18, 2006

and via deposit in the U.S. Mail Box, first-class mail, postage prepaid at Cool, CA

on October 18, 2006, addressed to:

R. Michael Burke, Esq.
Office of the United States Attorney
300 Ala Moana Blvd.  Room 6-100
Honolulu, HI 96850

DATED: Cool, CA, October 18, 2006.


/s/ JAMES IREIJO