JAMES IREIJO    HI Bar: 1927
P. O. Box 576
Cool, CA 95614-0576
Tel: 530-885-4133
Fax: 530-885-1322
Hnl Tel: 808-988-7720
email: waikikilawyer@thegrid.net

Attorney for Plaintiff
JOHN RENO

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN RENO, | ) | CASE NO: CV02-808 MEA KSC |
| | ) | |
| | ) | PLAINTIFF'S MOTION TO |
| Plaintiff, | ) | ENLARGE TIME TO CONDUCT |
| | ) | DISCOVERY AND FOR OTHER |
| vs. | ) | RELIEF; DECLARATION OF |
| | ) | JAMES IREIJO; EXHIBIT "A"; |
| UNITED STATES OF AMERICA, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY AND FOR OTHER RELIEF**

Comes now, the Plaintiff, John Reno, by his Attorney, James Ireijo,

pursuant to Federal Rules Of Civil Procedure, Rule 6(b), to enlarge or to extend

1

the discovery deadline in this case. The current discovery cut-off date is November 6, 2006 as set by the Court on December 20, 2005. However, several events now make said discovery deadline unreasonable as to Plaintiff's requirements in preparation of trial. First, a letter dated September 13, 2006 received from Defendant's counsel indicated a late disclosure of their expert witnesses and/or reports. (See Exhibit "A", copy of letter by Attorney R. Michael Burke). The Defendant's expert witness disclosures and reports were due by August 4, 2006. Second, Plaintiff's counsel has **yet** to receive the Defendant's expert reports as of today. Third, the Court on September 18, 2006, has vacated the trial date of January 4, 2007 and placed Defendant's Motion For Summary Judgment on calendar for January 22, 2007.

Plaintiff is requesting a extension of the discovery cut-off date to 60 days before the "new" trial date, if any, in this case. Extension of the discovery due date would be a fair remedy to Plaintiff in view of the non-disclosure of Defendant's expert witness reports to date and the lack of a fair opportunity for Plaintiff's expert witnesses to rebut the opposition's expert witness opinions.

DATED: Cool, CA, October 18, 2006.

/s/ JAMES IREIJO

2