JAMES IREIJO   HI Bar: 1927
P. O. Box 576
Cool, CA 95614-0576
Tel: 530-885-4133
Fax: 530-885-1322
Hnl Tel: 808-988-7720
email: waikikilawyer@thegrid.net

Attorney for Plaintiff
JOHN RENO

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN RENO, | ) | CASE NO: CV02-808 MEA KSC |
| | ) | |
| | ) | DECLARATION OF JAMES IREIJO |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF JAMES IREIJO**

JAMES IREIJO, makes the following Declaration under penalty of perjury under the laws of the State of Hawaiia and the United States of America:

1. I am the Attorney for Plaintiff John Reno.

1

2. I am competent to testify and this Declaration is made upon my personal knowledge.

3. I received a copy of Attorney R. Michael Burke's letter dated September 18, 2006, which is attached hereto as Exhibit "A"; I believe it to be a true and correct copy of his letter to me.

4. I have not received any expert reports nor any supplemental Memorandum (in support of his Motion For Summary Judgment), from Mr. Burke as of today.

5. The discovery cut-off date is November 6, 2006.

6. Because of the current non-disclosure of Defendant's expert reports, I am requesting enlargement of the discovery cut-off date to 60 days before a "trial" date is set; the previous trial date was set for January 4, 2007 but has been vacated.

7. In my view, this would be a fair remedy for the current non-disclosure of the Defendant's expert reports.

DATED: October 18, 2006.

/s/ JAMES IREIJO