JAMES IREIJO   HI Bar: 1927
P. O. Box 576
Cool, CA 95614-0576
Tel: 530-885-4133
Fax: 530-885-1322
Hnl Tel: 808-988-7720
email: waikikilawyer@thegrid.net

Attorney for Plaintiff
JOHN RENO

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOHN RENO, | CASE NO: CV02-808 MEA KSC |
| Plaintiff, | PLAINTIFF'S EXHIBIT "A" |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**PLAINTIFF'S EXHIBIT "A"**

Enclosed is Plaintiff's Exhibit "A", to Plaintiff's Motion To Enlarge Time To Conduct Discovery And For Other Relief.

DATED: October 18, 2006.

/s/ JAMES IREIJO



**U.S. Department of Justice**

United States Attorney
District of Hawaii

PJKK Federal Building  (808) 541-2850
300 Ala Moana Blvd.  FAX (808) 541-2958
Room 6-100
Honolulu, Hawaii 96850

September 13, 2006

OPTIONAL FORM 99 (7-90)
**FAX TRANSMITTAL**  # of pages ▶ 1
To: James Ireijo   From: M Burke
Dept./Agency         Phone #
Fax # (530) 875-1322   Fax #
NSN 7540-01-317-7368   5099-101   GENERAL SERVICES ADMINISTRATION

(Fax, Email and Mail)

Mr. James Ireijo
P.O. Box 576
Cool, CA 95614-0576

Re:  Reno v. USA
     Civil No. 02-808 MEA KSC

Dear Mr. Ireijo:

Please note I have this week filed defendant's disclosure of the expert reports of Dr. Lawrence J. Eron, M.D., an infectious disease specialist, as well as the report of Dr. Martin Blinder (psychologist). I note you filed the report of Mr. Stephen Morowitz, Ph.D (Psychologist), which included his actual report. As to Dr. Bernard A. Michlin, (Internist) your expert disclosure does not include an actual report, but rather references a December 15, 2005 declaration. The first page of the "fax" from Dr. Michlin, however, refers to court testimony on June 28, 2006 but gives no further information for identification purposes. I assume Dr. Michlin has agreed to act as plaintiff's retained expert for purposes of trial. I am also in receipt of economist Jack Suyderhoud's report.

Please be advised I was ill and out of the office from July 10, 2006 through August 25, 2006. For this reason I was unavailable to file the expert reports until now.

If you have any objections to the government's filing of Dr. Eron's report, including it's timing, please let me know and I will take up the matter with the Court.

EX "A"

cc/ J. Reno
mailed
9/14/06

Mr. James Ireijo
Page 2
September 13, 2006

    If there is no objection, and I am hopeful there is not, please contact me to discuss depositions of the experts and plaintiff. In addition, please inform me of the location of plaintiff for consideration of accomplishing an IME.

                                 With warmest regards,

                                 EDWARD H. KUBO, JR.
                                 United States Attorney
                                 District of Hawaii

                                 BY
                                 R. MICHAEL BURKE
                                 Assistant U.S. Attorney