EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE 1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN RENO, | CIVIL NO. 02-00808 MEA-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | (Defendant United States of America's Expert Witness Designation; Exhibits "A" and "B") |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date and by the methods of service noted below, a true and correct copy of Defendant United States of America's Expert Witness Designation; Exhibits "A" and "B" was served on the following at their last known address:

Served by First Class Mail:

James Ireijo
P.O. Box 576
Cool, CA 95614-0576

Attorney for Plaintiff
JOHN RENO

DATED:  Honolulu, Hawaii, November 3, 2006.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                    /s/ R. Michael Burke
            By _____
                R. MICHAEL BURKE
                Assistant U.S. Attorney

                Attorneys for Defendant
                UNITED STATES OF AMERICA