IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN RENO, | ) Case No. CV 02-808 MEA KSC |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**DECLARATION OF COUNSEL**

JAMES IREIJO, makes the following statements under penalty of perjury under the laws of the State of Hawaii and the United States of America.

1. I am the attorney for the Plaintiff John Reno.

2. I am competent to testify, and the statements herein are based upon my personal knowledge.

3. The Court's previous order in this case dated December 20, 2005, required the Defendant to disclose their expert witnesses by August 4, 2006.

4. Thereafter, approximately three months later, the discovery deadline of November 6, 2006, would be imposed.

5. I did not receive Defendant's two expert opinions, Drs. Lawrence J. Eron,

5

and Martin Blinder, until November 6, 2006.

6. Anticipating a problem with deadlines, I filed Plaintiff's Motion To Enlarge Time In Which To Conduct Discovery And For Other Relief on October 19, 2006, which is yet to be heard.

7. Pursuant to FRCP Rule 56(f), I am also requesting additional time to allow our experts to rebut and/or to further counter the opinions of Defendant's 2 experts just received, either by way of affidavits, or deposition to be taken, or other means of discovery.

8. Plaintiff is not seeking to unreasonably delay this matter but would like a fair opportunity to complete discovery or to further rebut the 2 new expert reports recently submitted by the Defendant.

9. I prepared the Plaintiff's Concise Statement Of Facts filed separately herein, and the expert opinions documented and presented are true and correct as stated by said experts.

DATED: Cool, CA, November 21, 2006.

_____
JAMES IREIJO