## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document was served by deposit in the U. S. Mail Box in Cool, CA, addressed to the following individuals on November _21_, 2006:

R. Michael Burke, Esq.
Office of the United States Attorney
300 Ala Moana Blvd. Room 6100
Honolulu, HI 96850                    (Attorney for Defendant United
                                      States)


DATED: Cool, CA, November _21_, 2006.


_____
JAMES IREIJO