Personal Data - Privacy Act of 1974 (PL 93-579)
PATIENT CUMULATIVE REPORT

JOHN J          20/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  M/25                              ph# 220-0015

Spec: SERUM                        --RIA--

```
            15Jul199
            @1029        Units     Normal Range
```

ROBINSON, MICHAEL A
Doc:                  A

1 1999@1029
Comment:
IgM Comment:
 ID recommendation
Ag Comment:
 ID recommendation
I-HCV Comment:
 ID recommendation

Spec: SERUM              --CHEMISTRY-GENERAL (REPLACES SF 546)--

| | 20Jul199 @0700 | 14Jul199 @0619 | 13Jul199 @1041 | 10Jul199 @2107 | Units | Normal Range | |
|---|---|---|---|---|---|---|---|
| IN | 3.8 | 3.4 L | 4.0 | 3.0 L | g/dL | 3.7-5.5 | |
|  | 42 H | 228 H | 129 H | 108 H | U/L | 0-37 | AST |
|  | 115 H | 245 H | 288 H | 134 H | U/L | 0-40 | ALT |
| HOS | 248 H | 423 H | 347 H | 407 H | U/L | 38-126 | ALKALINE PHOS. |
|  | 241 H | TND | 392 H | TND | U/L | 11-51 | GGT |
| TOTAL | 0.2 | 0.6 | 0.3 | 0.4 | mg/dL | 0.2-1.3 | |
| IN TOTAL | 8.1 | 7.4 | 8.0 | 6.7 | g/dL | 6.5-8.5 | |

ROBINSON, MICHAE    ROBINSON, MICHAE    ROBINSON, MICHAE    JOHNSON, ARTHUR
Doc:    A                   A                   A                   A

Spec: SERUM              --CHEMISTRY-GENERAL (REPLACES SF 546)--

```
            10Jul199
            @1101        Units     Normal Range
```

                        Continued on next page

1 LAB TAMC

H=high *=critical /A=amended R=resistant S=susceptible MS=mod. susceptible

1-80-1697  RENO, JOHN J  M/25
c Loc: VA CLINIC, HON
it: NO LONGER ELIGIBLE                                          00225
UNKNOWN                           PATIENT



EX "A"