the United States of America:

1. My name is Bernard A. Michlin, M.D. I am competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge and are true and correct.

2. I am a duly licensed medical doctor in good standing within the State of California and am a Board Certified physician in the area of Internal Medicine. I am qualified to render the medical malpractice opinion herein.

3. My business address is 6367 Alvarado Court, Ste. 200, San Diego, CA 92120, Tel: 619-583-1954.

4. Attached as Exhibit "A" is a true and correct copy of my medical malpractice opinion that I prepared for Attorney Richard Turbin on behalf of John Reno in his claim against Tripler Hospital in Honolulu, Hawaii, dated March 27, 2003.

5. Based upon my review of John Reno's medical records at Tripler Hospital in the summer of 1999, and based upon medical probability, it is my opinion that the medical treatment rendered by Tripler Hospital medical staff to John Reno was below the medical standard of care or was breached to have been treating John Reno with antibiotic therapy without doing CBC's to observe for any complications such as in his case severe leukopenia.

2

EX "B"

✗ [ 6. Based upon medical probability, the failure by Tripler Hospital medical staff as a result of the breach of the medical standard of care is a proximate cause of John Reno's resultant injuries and damages. ]

7. I am prepared to submit my CV to the Court or Tripler Hospital legal counsel upon request to John Reno's attorney upon reasonable notice.

DATED: San Diego, CA, MARCH 31, 2005.

BERNARD A. MICHLIN, M.D.

3

EX "B"