STEPHEN J. MOREWITZ, Ph.D., & ASSOCIATES

REPLY TO:
☐ 5300 BOTHWELL ROAD
TARZANA, CA 91356
TEL (818) 580-8138
FAX (818) 345-4636

☒ 695 NOE STREET, SUITE 1
SAN FRANCISCO, CA 94114
TEL (415) 252-0569
FAX (415) 252-0579

## EXPERT REPORT

**Re: John Reno v. United States of America, U.S. District Court for the District of Hawaii, Case No. CV 02-808 MEA KSC**

Date: July 3, 2006

I have reviewed the relevant records regarding the above captioned individual. I am a certified Ph.D. specialist and professor in psychosocial assessment, stress, trauma, and disability with over 18 years of experience in assessing, teaching, and researching psychosocial stress, trauma, and disability.

In relevant part, Mr. Reno served in the USAF from 1992-1998 and for part of that time served in a combat zone. In 1999 he suffered from a knee injury that was treated at Tripler Army Medical Center. As a result of that treatment Mr. Reno suffered a complication of neutropenia. He had to be isolated while being treated, and he was told that the condition was very serious. Mr. Reno has alleged that he was the victim of medical malpractice in that he believes that he was treated with the wrong antibiotic for his knee infection and that he was not monitored properly as well. He contends that the negligent acts, aforesaid, caused his bone marrow to fail in part (neutropenia).

This reviewer is not qualified to opine with respect to the underlying claims of medical malpractice but restricts his opinion(s) solely to the issue of Mr. Reno's mental response to all of the circumstances set forth in the records. This reviewer is of the opinion, which he holds to a reasonable degree of certainty in his field of expertise, that Mr. Reno suffers from Post Traumatic Stress Disorder, as diagnosed and set forth in the medical records as well as panic problems, and depression. This reviewer is further of the opinion that the complications suffered by Mr. Reno as a result of his medical care caused or contributed to his mental disturbances.

The basis for the above opinion is that Mr. Reno suffered a significant additional stress, on top of his pre-existing military service stress issues, when he was isolated for treatment of bone marrow disease and when he was facing the prospect of a very serious and permanent medical condition. It is known that individuals who suffer an actual and serious physical condition can react psychologically to this problem and that this in the presence of other psychological problems can act synergistically to create a bigger problem yet. In short, the combination of the psychosocial stressors on Mr. Reno caused or contributed to his current mental state. It is also irrelevant whether Mr. Reno's current problem resulted from medical malpractice or not with respect to my analysis. The fact that he suffered the complication is the only relevant inquiry under this analysis. I do hold the opinion that if Mr. Reno believed that his condition was brought on by medical malpractice, whether that's true or not, would be an additional basis for his reaction as the thought of being improperly victimized is another cause of mental concern.

1

EX "C"