# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/29/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 02-00808MEA-KSC |
| CASE NAME: | John Reno Vs. The United States of America |
| ATTYS FOR PLA: | James Ireijo |
| ATTYS FOR DEFT: | Harry Yee for Michael Burke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Cynthia Fazio |
| DATE: | 01/29/2007 | TIME: | l0:06am-l0:20am |

COURT ACTION:  EP: Defendant's Motion for Summary Judgment and Plaintiff's Motion for Extension of Time to Complete Discovery-Plaintiff's Counsel James Ireijo by Phone-Oral Argument Held as to both Motions'.  These Motions' are hereby taken under advisement.


Submitted by Leslie L. Sai, Courtroom Manager