JAMES IREIJO    HI Bar: 1927
P. O. Box 576
Cool, CA 95614-0576
Tel: 530-885-4133
Fax: 530-885-1322
Hilo Tel: 808-961-3277
Hnl Tel: 808-988-7720
email: waikikilawyer@thegrid.net

Attorney For Plaintiff
JOHN RENO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 6 2007

at  1  o'clock and 50 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JOHN RENO, | ) Case No. CV 02-808 MEA KSC |
|---|---|
| Plaintiff, | ) |
|  | ) PLAINTIFF'S NOTICE OF |
|  | ) APPEAL; EXHIBIT "A"; |
| vs. | ) CERTIFICATE OF SERVICE |
|  | ) |
| UNITED STATES OF AMERICA | ) |
|  | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF APPEAL**

Comes now, the Plaintiff, John Reno, and hereby files his Notice Of Appeal

to the United States Court Of Appeals for the Ninth Circuit from the

1

MEMORANDUM ORDER AND OPINION filed and entered on February 15, 2007, as being contrary to law. This Notice Of Appeal is made pursuant to the Federal Rules Of Appellate Procedure, Rule 4(a)(1)(A) and other relevant parts thereto.

DATED: Cool, CA, March 9, 2007.

_____
JAMES IREIJO
Attorney For Plaintiff