## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document entitled Plaintiffs' Notice Of Appeal was served by deposit in the U.S. Mail Box, first-class mail, postage prepaid, at Cool, CA, to the following individuals on March 9, 2007:

R. Michael Burke, Esq.
Office of the United States Attorney
300 Ala Moana Blvd. Room 6100
Honolulu, HI 96850                    (Attorney for Defendant United
                                       States)


DATED: Cool, CA, March 9, 2007.


                                      _____
                                      JAMES IREIJO