**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE

Print Postage Online - Go to www.usps.com/postageonline

PLEASE PRESS FIRMLY

TRY FREE CARRIER PICK-UP usps.com/pickup

U.S. POSTAGE PAID
COOL, CA 95614
MAR 09, 07
AMOUNT
$4.55
0002623402

From: James Trujillo
PO Box 576
Cool, CA 95614

To: Clerk of Court
U.S. District Court
300 Ala Moana Blvd #C-338
Honolulu, HI 96850-0338

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAR 16 2007
DISTRICT OF HAWAII



DELIVERY CONFIRMATION™
United States Postal Service
0306 2400 0000 0653 9321
/w.usps.com

We Deliver.

Complete address information or place label here ▲