# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 238777 |
| Trans | 144700 |

Received From:     **JAMES IREIJO**
Case Number:
Reference Number:  CV 02-808MEA

|  |  |  |
|---|---|---|
| Check | | 455.00 |
| Total | | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | **Total** | | **455.00** |
| | Tend | | 455.00 |
| | Due | | 0.00 |

03/16/2007 02:03:40 PM     Deputy Clerk:  et/LG