# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** John Reno vs. United States of America

   **U.S. COURT OF APPEALS DOCKET NUMBER:** ( 07-15593 )

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 02-00808MEA-KSC

II **DATE NOTICE OF APPEAL FILED:** March 16, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 3/16/07      **AMOUNT:** $455.00

   **NOT PAID YET:**              **BILLED:**

   **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:        & ATTACH COPY OF ORDER/CJA

   WAS F.P. STATUS REVOKED:    DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

*Stamps: RECEIVED CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS APR -3 2007; FILED, DOCKETED; RECEIVED CLERK, U.S. DISTRICT COURT APR 1 6 2007 DISTRICT OF HAWAII*