ORIGINAL

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 12 2008 |
| | MOLLY C. DWYER, CLERK OF COURT<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOHN RENO,<br><br>    Plaintiff - Appellant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant - Appellee. | No. 07-15593<br>D.C. No. CV-02-00808-MEA/KSC<br>District of Hawaii, Honolulu<br><br>MANDATE |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 9 2008

at 4 o'clock and 50 min. P M
SUE BEITIA, CLERK

The judgment of this Court, entered 6/20/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk