***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/12/2008 at 8:47:46 AM PDT and filed on 08/12/2008

**Case Name:** Reno v. USA
**Case Number:** 07-15593
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED.(ATG, PAR and SSI)

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter
**Original Filename:** /opt/ACECF/live/forms/leeann_0715593_6613122_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=08/12/2008] [FileNumber=6613122-0]
[5e026bb39dfd52aa821c084590f1dbcb741b68d1afe0331d6c8dfa5bf8d72fcf00d4def17beb4339f036009c

**Recipients:**

- Burke, R. Michael, Attorney
- Ireijo, James, Attorney
- USDC, Honolulu

**Notice will be mailed to:**

Burke, R. Michael, Attorney
USH - OFFICE OF THE U.S. ATTORNEY
PJKK Federal Building
Suite 6-100
300 Ala Moana Boulevard
Honolulu, HI 96850

Ireijo, James, Attorney
P.O. Box 576
Cool, CA 95614-0576

USDC, Honolulu
District of Hawaii (Honolulu)
United States Courthouse
Room C338
300 Ala Moana Blvd.
Honolulu, HI 96850-0000

https://ecf.ca9.circ9.dcn/cmecf/servlet/ShowDoc/009113193333&type=n-html  08/12/2008